B1 (Official Form 1) (1/08)

| United States Bankruptcy Court<br>District of Kansas | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Rainbows United, Inc | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>None | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all):    EIN: 48-0793004 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State)<br>340 South Broadway<br>Wichita, KS<br>ZIPCODE  67202 | Street Address of Joint Debtor (No. and Street, City, and State<br>ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>Sedgwick | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIPCODE | |

**Type of Debtor**
(Form of Organization)
(Check one box)

- [ ] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

_____

**Nature of Business**
(Check one box)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other    Non-Profit Child Care

**Tax-Exempt Entity**
(Check box, if applicable)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code)

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. §101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts

**Filing Fee** (Check one box)

- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only)   Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only).  Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- [ ] Debtor is a small business as defined in 11 U.S.C. § 101(51D)
- [x] Debtor is not a small business as defined in 11 U.S.C. § 101(51D)

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000

Check all applicable boxes:
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes, in accordance with  11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1000-5000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-738 - 33242 - Adobe PDF

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | **Name of Debtor(s):**<br>Rainbows United, Inc |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:   NONE | Case Number: | Date Filed: |
| Location<br>Where Filed:   N.A. | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:   NONE | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)<br><br>☐  Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual<br>whose debts are primarily consumer debts)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>    Signature of Attorney for Debtor(s)                    Date |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐   Yes, and Exhibit C is attached and made a part of this petition.

☑   No

**Exhibit D**

(To be completed by every individual debtor.  If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐   Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐   Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☑   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United Sates in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐   Landlord has a judgment for possession of debtor's residence.  (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐   Debtor claims that under applicable non bankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(1)).

| B1 (Official Form 1) (1/08) | Page 3 |
|---|---|

**Voluntary Petition**
*(This page must be completed and filed in every case)*

Name of Debtor(s):
Rainbows United, Inc

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X  /s/ Edward J. Nazar
_____
Signature of Attorney for Debtor(s)

EDWARD J. NAZAR
_____
Printed Name of Attorney for Debtor(s)

Redmond & Nazar, L.L.P.
_____
Firm Name

245 N. Waco, Ste. 402
_____
Address

Wichita, KS 67202
_____

(316) 262-8361    wtgilman@redmondnazar.com
_____
Telephone Number                              e-mail

07/30/09
_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X /s/ Steve Cox
_____
Signature of Authorized Individual

STEVE COX
_____
Printed Name of Authorized Individual

Chairman of the Board
_____
Title of Authorized Individual

07/30/09
_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐  I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by § 1515 of title 11 are attached.

☐  Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
(Date)

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, 2) I prepared this document for compensation, and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. § 110(b), 110(h), and 342(b); and, 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

_____

X_____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-738 - 33242 - Adobe PDF

# UNITED STATES BANKRUPTCY COURT
## District of Kansas

In re   Rainbows United, Inc                                          ,

          Debtor

Case No. _____

Chapter          11

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case.  The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C.§ 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name.  See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|-----|-----|-----|-----|-----|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | *Amount of claim [if secured also state value of security]* |
| Emprise Bank P.O. Box 2970 Wichita, KS 67201-2970 | | | | 2,363,470 |
| Internal Revenue Service Centralized Insolvency Operations P O Box 21126 Philadelphia, PA 19114-0326 | | | Contingent | 2,347,676 |
| SCKESC 13939 Diagonal Rd. P.O. Box 160 Clearwater, KS 67206 | | | Contingent Unliquidated | 433,018 |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-738 - 32442 - Adobe PDF

| (1)<br>*Name of creditor<br>and complete<br>mailing address<br>including zip code* | (2)<br>*Name, telephone number and<br>complete mailing address,<br>including zip code, of employee,<br>agent, or department of creditor<br>familiar with claim who may be contacted* | (3)<br>*Nature of claim<br>(trade debt, bank<br>loan, government<br>contract, etc.* | (4)<br>*Indicate if<br>claim is<br>contingent, unliquidated,<br>disputed or<br>subject to setoff* | (5)<br>*Amount of claim<br>[if secured also<br>state value of security]* |
|---|---|---|---|---|
| USD 259<br>201 N Water<br>Wichita, KS 67202 | | | Contingent<br>Unliquidated | 163,000 |
| Blue Cross Blue<br>Shield of Kansas<br>P.O. Box 1402<br>Topeka, KS 66601 | | | | 72,138 |
| Kansas Dept of<br>Revenue<br>Civil Tax<br>Enforcement<br>PO Box 12005<br>Topeka KS<br>66612-2005 | | | Contingent | 49,973 |
| KACCRRA<br>P.O. Box 2294<br>1508A E. Iron<br>Salina, KS 67402 | | | | 45,801 |
| Wichita Children's<br>Home<br>Accounting Office<br>810 N. Holyoke<br>Wichita, KS 67208 | | | | 37,284 |
| Child Start, Inc.<br>1069 S. Glendale St.<br>Wichita, KS 67218 | | | | 35,230 |
| Greater Wichita<br>YMCA<br>3330 N. Woodlawn<br>Wichita, KS 67220 | | | | 27,982 |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., - ver. 4.4.9-738 - 32442 - Adobe PDF

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | *Amount of claim [if secured also state value of security]* |
| Wichita State University Center for Research & Eval. Services Wichita, KS 67260-0123 | | | | 27,765 |
| IVCI, LLC 601 Old Willets Path Hauppauge, NY 11788 | | | | 19,479 |
| Butler County Special Education 124 W. Central El Dorado, KS 67042 | | | | 17,486 |
| Image Quest Inc. P.O. Box 41602 Philadelphia, PA 19101-1602 | | | | 17,196 |
| Kansas University Medical Center Center for Child Health & Development Kansas City, KS 66160 | | | | 14,305 |
| Docuplex Graphics 725 E. Bayley Wichita, KS 67211 | | | | 10,354 |
| Wichita Child Guidance Center 415 N. Poplar Wichita, KS 67214 | | | | 10,180 |

| (1) | (2) | (3) | (4) | (5) |
|-----|-----|-----|-----|-----|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | *Amount of claim [if secured also state value of security]* |

| | | | | |
|---|---|---|---|---|
| United Way of the Plains<br>245 N. Water<br>Wichita, KS 67202 | | | | 10,052 |
| Philadelphia Insurance Co.<br>P.O. Box 70251<br>Philadelphia, PA 19176-0251 | | | | 9,863 |
| Westar Energy<br>P.O. Box 758500<br>Topeka, KS 66675-8500 | | | | 9,517 |

DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, [the president or other officer or an authorized agent of the corporation] named as debtor in this case, declare under penalty of perjury that I have read the foregoing LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS and that it is true and correct to the best of my information and belief.

Date _____07/30/09_____

Signature _____/s/ Steve Cox_____
STEVE COX,
Chairman of the Board

In re   Rainbows United, Inc                                      Case No. _____
        **Debtor**                                                        **(If known)**

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C – Property Claimed as Exempt.

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-738 - 33242 - Adobe PDF

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 3323 N Oliver<br>Wichita, KS 67220<br>*Building Value - $4,392,940<br>*Land Value - $930,000<br>*All Values at Cost<br><br>"Wonder Point" | | | 5,322,940 | None |
| 251 S Whittier<br>Wichita, KS 67207<br>*Building Value - $682,605<br>*Land Value - $135,167<br>*All Values at Cost | | | 817,772 | None |
| 340 S Broadway<br>Wichita, KS 67202<br>*Total Value = Building & Land<br>*All Values at Cost<br><br>"Family Enrichment Center" | | | 1,400,071 | None |
| | | Total | | |

(Report also on Summary of Schedules.)

In re  <u>Rainbows United, Inc</u>       Case No. <u>                          </u>

**Debtor**                                                  **(If known)**

# SCHEDULE A - REAL PROPERTY
## (Continuation Page)

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 2258 N Lakeway Circle<br>Wichita, KS 67205<br>*Building Value - $1,426,424<br>*Land Value - $471,090<br>*All Values at Cost<br><br>"Kid's Cove" | | | 1,897,514 | None |
| | | Total ➤ | 9,438,297 | |

(Report also on Summary of Schedules.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-758 - 33442 - Adobe PDF

In re   Rainbows United, Inc          Case No. _____

         **Debtor**                                                          **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | | Cash | | 0 |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Emprise Bank Account - 4715<br>Emprise Bank<br>Acct. No. 4715 | | 1,046 |
| | | Emprise Bank Building Fund<br>Emprise Bank<br>Acct. No. 7939 | | 1,010 |
| | | SNB of Wichita Account<br>SNB of Wichita<br>Acct. No. 9419 | | 2,344 |
| | | Bank of America Account<br>Bank of America<br>Acct. No. 1792 | | 249,534 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books. Pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-738 - 32342 - Adobe PDF

In re    Rainbows United, Inc                                    Case No. _____
_____
                    **Debtor**                                                              **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | Greater Wichita Community Foundation (Restricted Assets of Debtor) | | 349,883 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | | Accounts Receivable Grants Receivable | | 213,580 446,196 |
| 17. Alimony, maintenance, support, and property settlement to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate or a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights of setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-738  - 33442 - Adobe PDF

In re   Rainbows United, Inc                                    Case No. _____
              **Debtor**                                                          **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. §101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2006 Volvo C-70 *Leased vehicle | | 0 |
| | | 2009 Volvo XC90 *Leased vehicle | | 0 |
| | | 27 Vehicles & Buses *Vehicles valued at cost (no depreciation) | | 1,419,319 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | Machinery, Fixtures, Equipment & Supplies | | 1,590,536 |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | Pledge Receivables | | 520,000 |

_____0_____   continuation sheets attached    Total   $   4,793,448

(Include amounts from any continuation
sheets attached. Report total also on
Summary of Schedules.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-738 - 32342 - Adobe PDF

**B6C (Official Form 6C) (12/07)**

In re <u>Rainbows United, Inc</u>                                   Case No. _____
            **Debtor**                                                                     **(If known)**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)

☐  11 U.S.C. § 522(b)(2)

☐  11 U.S.C. § 522(b)(3)

☐  Check if debtor claims a homestead exemption that exceeds
$136,875.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Not Applicable. | | | |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-738 - 33342 - Adobe PDF

**B6D (Official Form 6D) (12/07)**

In re _____Rainbows United, Inc_____,        Case No. _____
                        **Debtor**                                                                                    **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Imagequest Inc<br>PO Box 609<br>Cedar Rapids IA 52406 | | | Lien: Lease of Equipment<br>Security: Various Canon Copiers, Printers, Fax Machines, Scanners, & All Product Proceeds & Attachments<br><br>VALUE $                    0 | | | | Unknown | Unknown |
| ACCOUNT NO.<br><br>US Bancorp<br>1310 Madrid St<br>Marshall MN 56258 | | | Security: Various Xerox Office Equipment<br><br>VALUE $                    0 | | | | Unknown | Unknown |
| ACCOUNT NO.<br><br><br><br> | | | <br><br>VALUE $ | | | | | |

___0___ continuation sheets attached

|  | | |
|---|---|---|
| Subtotal▶<br>(Total of this page) | $                    0 | $                    0 |
| Total▶<br>(Use only on last page) | $                    0 | $                    0 |
| | (Report also on Summary of Schedules) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-738 - 32442 - Adobe PDF

**B6E (Official Form 6E) (12/07)**

In re  Rainbows United, Inc

_____,  Case No._____
                                    Debtor                                                                              (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.  If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name.  See 11 U.S.C. § 112 and Fed.R.Bankr.P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H,""W,""J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule.  Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule.  Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐  **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐  **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☑  **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐  **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

**B6E (Official Form 6E) (12/07) - Cont.**

In re_____Rainbows United, Inc_____,    Case No._____
                          Debtor                                                                (if known)

☐    **Certain farmers and fishermen**

     Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐    **Deposits by individuals**

     Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☑    **Taxes and Certain Other Debts Owed to Governmental Units**

     Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐    **Commitments to Maintain the Capital of an Insured Depository Institution**

     Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507 (a)(9).

☐    **Claims for Death or Personal Injury While Debtor Was Intoxicated**

     Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

     * Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

           13
    ____ **continuation sheets attached**

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-738 - 33442 - Adobe PDF

B6E (Official Form 6E) (12/07) - Cont.

In re ___Rainbows United, Inc_____,    Case No. _____
                              **Debtor**                                                                    **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)    Sec. 507(a)(4)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above..)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Amy Farrell 500 W. Ness Valley Center, KS 67147 | | | Unreimbursed employee business expenses | | | | 32 | 0 | 32 |
| ACCOUNT NO. Ashlee D. McCoy 1804 E. Osage, #Q7 Derby, KS 67037 | | | Unreimbursed employee business expenses | | | | 126 | 0 | 126 |
| ACCOUNT NO. Beth Nimmo 100 S. Ridge Rd., #202 Wichita, KS 67209 | | | Unreimbursed employee business expenses | | | | 48 | 0 | 48 |
| ACCOUNT NO. Brooke Medlam 303 Wollmann Moundridge, KS 67107 | | | Unreimbursed employee business expenses | | | | 270 | 0 | 270 |

Sheet no. __1__ of __13__ continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotal
(Totals of this page)    $ 476    $ 0    $ 476

Total
(Use only on last page of the completed Schedule E.)  Report also on the Summary of Schedules)    $

Totals
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)    $    $    $

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-738 - 32342 - Adobe PDF

B6E (Official Form 6E) (12/07) - Cont.

In re ___Rainbows United, Inc_____,    Case No. _____
                              **Debtor**                                                              **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)    Sec. 507(a)(4)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-738 - 32342 - Adobe PDF

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above..)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Calley Z. Kinchion <br> 3540 N. Inwood, Apt. 1302 <br> Wichita, KS 67226 | | | Unreimbursed employee business expenses | | | | 109 | 0 | 109 |
| ACCOUNT NO. <br><br> Cara Phillips <br> 5129 E. Blake Ct. <br> Wichita, KS 67218 | | | Unreimbursed employee business expenses | | | | 11 | 0 | 11 |
| ACCOUNT NO. <br><br> Carolyn Hummel <br> 2909 N. Oliver, 633 A <br> Wichita, KS 67220 | | | Unreimbursed employee business expenses | | | | 11 | 0 | 11 |
| ACCOUNT NO. <br><br> Donna Delaney <br> 1440 Tapestry <br> Goddard, KS 67052 | | | Unreimbursed employee business expenses | | | | 6 | 0 | 6 |

Sheet no. __2__ of __13__ continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotal ▶
(Totals of this page)    $ 137  |  $ 0  |  $ 137

Total ▶
(Use only on last page of the completed Schedule E.)  Report also on the Summary of Schedules)    $

Totals ▶
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)    $  |  $  |  $

B6E (Official Form 6E) (12/07) - Cont.

In re _Rainbows United, Inc_____,    Case No. _____
               **Debtor**                                                **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)    Sec. 507(a)(4)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above..)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Donna E. Hoch<br>229 N. Brownthrush<br>Wichita, KS 67212 | | | Unreimbursed employee business expenses | | | | 6 | 0 | 6 |
| ACCOUNT NO.<br>Erin E. Purdon<br>8406 E. Harry, #417<br>Wichita, KS 67207 | | | Unreimbursed employee business expenses | | | | 72 | 0 | 72 |
| ACCOUNT NO.<br>Gina Rader<br>3505 N. Valerie Circle<br>Wichita, KS 67205 | | | Unreimbursed employee business expenses | | | | 116 | 0 | 116 |
| ACCOUNT NO.<br>Ginger K. Hopper<br>243 Frontier<br>Mulvane, KS 67110 | | | Unreimbursed employee business expenses | | | | 353 | 0 | 353 |

Sheet no. __3__ of __13__ continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotal (Totals of this page) ➤ $ 547 | $ 0 | $ 547

Total (Use only on last page of the completed Schedule E.) Report also on the Summary of Schedules ➤ $

Totals (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) ➤ $ | $ | $

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-738 - 32342 - Adobe PDF

B6E (Official Form 6E) (12/07) - Cont.

In re ___Rainbows United, Inc_____,    Case No. _____
           **Debtor**                                                  **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)   Sec. 507(a)(4)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above..*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Guadalupe Nave<br>9130 W. Central Park Ct.<br>Wichita, KS 67205 | | | Unreimbursed employee business expenses | | | | 31 | 0 | 31 |
| ACCOUNT NO.<br><br>James Garrett<br>5102 Kings Row<br>Wichita, KS 67208 | | | Unreimbursed employee business expenses | | | | 49 | 0 | 49 |
| ACCOUNT NO.<br><br>Janice S. Dixon<br>1318 Brookfield Lane<br>Derby, KS 67037 | | | Unreimbursed employee business expenses | | | | 53 | 0 | 53 |
| ACCOUNT NO.<br><br>Jessica Humphries<br>2150 S. Vine<br>Wichita, KS 67213 | | | Unreimbursed employee business expenses | | | | 22 | 0 | 22 |

Sheet no. __4__ of __13__ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotal<br>(Totals of this page) | $ 155 | $ 0 | $ 155 |

Total
(Use only on last page of the completed Schedule E.) Report also on the Summary of Schedules)    $

Totals
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)    $      $      $

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-738 - 33242 - Adobe PDF

B6E (Official Form 6E) (12/07) - Cont.

In re  Rainbows United, Inc _____,    Case No. _____
                    **Debtor**                                                                    **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)   Sec. 507(a)(4)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above..)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Jessica Peralta<br>2315 N. Somerset, #104<br>Wichita, KS 67204 | | | Unreimbursed employee business expenses | | | | 40 | 0 | 40 |
| ACCOUNT NO.<br><br>Karen Marshall<br>2176 S. Terrace<br>Wichita, KS 67208 | | | Unreimbursed employee business expenses | | | | 11 | 0 | 11 |
| ACCOUNT NO.<br><br>Katherine Demott<br>245 S. Tracey<br>Clearwater, KS 67026 | | | Unreimbursed employee business expenses | | | | 80 | 0 | 80 |
| ACCOUNT NO.<br><br>Kerri K. Dixon<br>11413 Westport<br>Wichita, KS 67212 | | | Unreimbursed employee business expenses | | | | 154 | 0 | 154 |

Sheet no. __5__ of __13__ continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotal (Totals of this page)   $ 285 | $ 0 | $ 285

Total
(Use only on last page of the completed Schedule E.)  Report also on the Summary of Schedules)   $

Totals
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)   $ | $ | $

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-738 - 33342 - Adobe PDF

B6E (Official Form 6E) (12/07) - Cont.

In re ___Rainbows United, Inc_____,    Case No. _____
      **Debtor**                **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet) Sec. 507(a)(4)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above..*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Kevin Ross Hays<br>134 Chapel Drive<br>Andover, KS 67002 | | | Unreimbursed employee business expenses | | | | 278 | 0 | 278 |
| ACCOUNT NO.<br><br>LaDonna S. Samuel<br>3324 N. Arkansas<br>Wichita, KS 67204 | | | Unreimbursed employee business expenses | | | | 119 | 0 | 119 |
| ACCOUNT NO.<br><br>LaWana S. Wallace<br>12291 SW 70th St.<br>Andover, KS 67002 | | | Unreimbursed employee business expenses | | | | 93 | 0 | 93 |
| ACCOUNT NO.<br><br>Leah Doyle | | | Unreimbursed employee business expenses | | | | 112 | 0 | 112 |

Sheet no.__6__ of __13__continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotal   ► | $ | 602 | $ | 0 | $ | 602
(Totals of this page)

Total ► $
(Use only on last page of the completed Schedule E.)  Report also on the Summary of Schedules)

Totals ► $  $  $
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)

B6E (Official Form 6E) (12/07) - Cont.

In re   Rainbows United, Inc                                    ,        Case No. _____
                        **Debtor**                                                                    **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)     Sec. 507(a)(4)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above..)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Lee Price <br> 7720 W. Jennie <br> Wichita, KS 67212 | | | Unreimbursed employee business expenses | | | | 219 | 0 | 219 |
| ACCOUNT NO. <br><br> Leslie Stevens <br> 11209 W. Central Park Circle <br> Wichita, KS 67205 | | | Unreimbursed employee business expenses | | | | 21 | 0 | 21 |
| ACCOUNT NO. <br><br> Lorraine Dold <br> 1607 Western <br> Wellington, KS 67152 | | | Unreimbursed employee business expenses | | | | 83 | 0 | 83 |
| ACCOUNT NO. <br><br> Margaret A. Domnick <br> 9705 W. Britton <br> Wichita, KS 67205 | | | Unreimbursed employee business expenses | | | | 10 | 0 | 10 |

Sheet no. __7__ of __13__ continuation sheets attached to Schedule of
Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotal ▶ (Totals of this page) | $ 333 | $ 0 | $ 333 |
| Total ▶ (Use only on last page of the completed Schedule E.)  Report also on the Summary of Schedules) | $ | | |
| Totals ▶ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | $ | $ | $ |

B6E (Official Form 6E) (12/07) - Cont.

In re  Rainbows United, Inc_____,   Case No. _____
                    **Debtor**                                           **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)   Sec. 507(a)(4)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above..)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Maria M. Garrett<br>5102 Kings Row<br>Wichita, KS 67208 | | | Unreimbursed employee business expenses | | | | 59 | 0 | 59 |
| ACCOUNT NO.<br><br>Michele I. Marshall<br>516 N. Walnut<br>Newton, KS 67114 | | | Unreimbursed employee business expenses | | | | 30 | 0 | 30 |
| ACCOUNT NO.<br><br>Michelle D. Goldston-Templeton<br>204 Sandstone Ct.<br>Kechi, KS 67067 | | | Unreimbursed employee business expenses | | | | 338 | 0 | 338 |
| ACCOUNT NO.<br><br>Mona E Riggs<br>404 Spencer<br>Haysville KS, 67060 | | | Unreimbursed employee business expenses | | | | 66 | 0 | 66 |

Sheet no. __8__ of __13__ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotal<br>(Totals of this page) | $ 493 | $ 0 | $ 493 |
| Total<br>(Use only on last page of the completed Schedule E.) Report also on the Summary of Schedules | $ | | |
| Totals<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | $ | $ | $ |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-738 - 32342 - Adobe PDF

B6E (Official Form 6E) (12/07) - Cont.

In re ___Rainbows United, Inc_____,    Case No. _____
                          **Debtor**                                                       **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)    Sec. 507(a)(4)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above..*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Paige Threlkeld<br>11015 Cora Circle<br>Wichita, KS 67205 | | | Unreimbursed employee business expenses | | | | 228 | 0 | 228 |
| ACCOUNT NO.<br><br>Patricia L. Unruh<br>641 S. Quentin<br>Wichita, KS 67218 | | | Unreimbursed employee business expenses | | | | 22 | 0 | 22 |
| ACCOUNT NO.<br><br>Patricia Smith<br>8204 Chalet St.<br>Wichita, KS 67207 | | | Unreimbursed employee business expenses | | | | 10 | 0 | 10 |
| ACCOUNT NO.<br><br>Patti Horning<br>1608 Gleneagles Ct.<br>Andover, KS 67002 | | | Unreimbursed employee business expenses | | | | 10 | 0 | 10 |

Sheet no. __9__ of __13__ continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotal (Totals of this page)    $ 270    $ 0    $ 270

Total (Use only on last page of the completed Schedule E.)  Report also on the Summary of Schedules    $

Totals (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)    $    $    $

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-738 - 32342 - Adobe PDF

B6E (Official Form 6E) (12/07) - Cont.

In re __Rainbows United, Inc_____,    Case No. _____
        **Debtor**                                                              **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)   Sec. 507(a)(4)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above..)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Rebecca L. Erickson<br>1333 Split Rail Ct.<br>Derby, KS 67037 | | | Unreimbursed employee business expenses | | | | 20 | 0 | 20 |
| ACCOUNT NO.<br><br>Rebecca S. Weber<br>6230 E. 41st St. N. Circle<br>Wichita, KS 67220 | | | Unreimbursed employee business expenses | | | | 36 | 0 | 36 |
| ACCOUNT NO.<br><br>Samantha Kelly<br>3934 Jasmine Dr<br>Wichita, KS 67226 | | | Unreimbursed employee business expenses | | | | 26 | 0 | 26 |
| ACCOUNT NO.<br><br>Sarah A Linn<br>1446 N Gow<br>Wichita, KS 67226 | | | Unreimbursed employee business expenses | | | | 42 | 0 | 42 |

Sheet no. _10_ of _13_ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotal<br>(Totals of this page) | $ 124 | $ 0 | $ 124 |
| Total<br>(Use only on last page of the completed Schedule E.) Report also on the Summary of Schedules) | $ | | |
| Totals<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | $ | $ | $ |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-738 - 32342 - Adobe PDF

B6E (Official Form 6E) (12/07) - Cont.

In re ___Rainbows United, Inc_____,    Case No. _____
                   **Debtor**                                                              **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)    Sec. 507(a)(4)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above..)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Sarah McDaniel <br> 12223 W. Briarwood Circle <br> Wichita, KS 67235 | | | Unreimbursed employee business expenses | | | | 8 | 0 | 8 |
| ACCOUNT NO. <br> Sharri A. Penrod <br> 2445 N. Ridgewood Dr. <br> Wichita, KS 67220 | | | Unreimbursed employee business expenses | | | | 159 | 0 | 159 |
| ACCOUNT NO. <br> Shirley Fisher <br> 2655 N. Fountain <br> Wichita, KS 67220 | | | Unreimbursed employee business expenses | | | | 34 | 0 | 34 |
| ACCOUNT NO. <br> Stephen C. Roecker <br> 924 Emmaline <br> Newton, KS 67114 | | | Unreimbursed employee business expenses | | | | 56 | 0 | 56 |

Sheet no.__11__ of __13__continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotal (Totals of this page) ➤ | $ 257 | $ 0 | $ 257 |
| Total (Use only on last page of the completed Schedule E.) Report also on the Summary of Schedules ➤ | $ | | |
| Totals (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) ➤ | $ | $ | $ |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-738 - 32342 - Adobe PDF

B6E (Official Form 6E) (12/07) - Cont.

In re ___Rainbows United, Inc_____,     Case No. _____
               **Debtor**                                                    **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)     Sec. 507(a)(4)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above..)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Tanita Caldwell<br>1709 S Derrick Circle<br>Wichita, KS 67207 | | | Unreimbursed employee business expenses | | | | 45 | 0 | 45 |
| ACCOUNT NO.<br><br>Victoria Smith<br>153 N Glendale #3<br>Wichita, KS 67208 | | | Unreimbursed employee business expenses | | | | 16 | 0 | 16 |
| ACCOUNT NO.<br><br>Virginia Voegeli<br>168 S. Forestview Ct.<br>Wichita, KS 67235 | | | Unreimbursed employee business expenses | | | | 85 | 0 | 85 |
| ACCOUNT NO.<br><br>Williams Billingsley<br>152 N Wabash<br>Wichita, KS 67214 | | | Unreimbursed employee business expenses | | | | 26 | 0 | 26 |

Sheet no.___12___of___13___continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | Subtotal (Totals of this page) | $ 172 | $ 0 | $ 172 |
|---|---|---|---|---|
| | Total<br>(Use only on last page of the completed Schedule E.)  Report also on the Summary of Schedules) | $ | | |
| | Totals<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | $ | $ | $ |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-738 - 32342 - Adobe PDF

B6E (Official Form 6E) (12/07) - Cont.

In re  Rainbows United, Inc _____,        Case No. _____
                    **Debtor**                                              **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)    Sec. 507(a)(8)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above..)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Internal Revenue Service<br>271 West 3rd North, Suite 3000<br>Stop 5333 WIC<br>Wichita, KS 67202 | | | | | | | Notice Only | Notice Only | Notice Only |
| ACCOUNT NO.<br><br>Internal Revenue Service<br>Centralized Insolvency Operations<br>P O Box 21126<br>Philadelphia, PA 19114-0326 | | | Employee Withholding Taxes Late 2007 - Present | | X | | 2,347,676 | 2,347,676 | 0 |
| ACCOUNT NO.<br><br>Kansas Dept of Revenue<br>Civil Tax Enforcement<br>PO Box 12005<br>Topeka KS 66612-2005 | | | Employee Withholding Taxes May 2009 - Present | | X | | 49,973 | 49,973 | 0 |
| ACCOUNT NO.<br><br>U.S. Attorney<br>1200 EPIC Center<br>301 North Main<br>Wichita, KS 67202 | | | | | | | Notice Only | Notice Only | Notice Only |

Sheet no. __13__ of __13__ continuation sheets attached to Schedule of
Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotal ➤<br>(Totals of this page) | $ 2,397,649 | $ | $ |
| Total ➤<br>(Use only on last page of the completed Schedule E.)  Report also on the Summary of Schedules) | $ 2,401,500 | | |
| Totals ➤<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | $ | $ 2,397,649 | $ 3,851 |

B6F (Official Form 6F) (12/07)

In re ___Rainbows United, Inc_____,    Case No. _____
               **Debtor**                                                                **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Adaptivemall.com, LLC Bergeron Health Care 15 Second Street Dolgeville, NY 13329 | | | | | | | 2,947 |
| ACCOUNT NO. ADT Security Services, Inc. P.O. Box 371956 Pittsburg, PA 15250-7956 | | | | | | | 151 |
| ACCOUNT NO. Advacare Medical Corp 938A Oliver St. Wichita, KS 67218 | | | | | | | 4,825 |
| ACCOUNT NO. Advance Insurance Company P.O. Box 2517 Topeka, KS 66601-2517 | | | | | | | 6,933 |

___31___continuation sheets attached

Subtotal ➤ $ 14,856

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-738 - 33242 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re   Rainbows United, Inc_____,          Case No. _____
                    **Debtor**                                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Advocate Care Services, Inc.<br>P.O. Box 91<br>Rose Hill, KS 67133-0091 | | | | | | | 2,717 |
| ACCOUNT NO.<br><br>Aimee VanWinkle<br>223 N. Lee<br>Clearwater, KS 67026 | | | | | | | 245 |
| ACCOUNT NO.<br><br>AIU Holdings<br>22427 Network Place<br>Chicago, IL 60673-1224 | | | | | | | 5,895 |
| ACCOUNT NO.<br><br>Allen, Gibbs & Houlik, L.C.<br>301 N. Main St., Suite 1700<br>Wichita, KS 67202-4868 | | | | | | | 5,398 |
| ACCOUNT NO.<br><br>Alltel<br>P.O. Box 9001905<br>Louisville, KY 40290-1905 | | | | | | | 3,034 |

Sheet no. _1_ of _31_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $   17,289

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-738 - 32342 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re  Rainbows United, Inc _____,  Case No. _____
              **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| American Electric Company P.O. Box 978 Columbia, MO 65205 | | | | | | | 52 |
| ACCOUNT NO. | | | | | | | |
| Ampco System Parking Attn: Lot 7719 155 N. Market, #455 Wichita, KS 67202 | | | | | | | 525 |
| ACCOUNT NO. | | | | | | | |
| Amy Finley 300 Grover Wichita, KS 67217 | | | | | | | 230 |
| ACCOUNT NO. | | | | | | | |
| Angela Henderson 3850 W 2nd Wichita, KS 67203 | | | | | | | 353 |
| ACCOUNT NO. | | | | | | | |
| Angie Elam 3253 S. Clifton Wichita, KS 67216 | | | | | | | 992 |

Sheet no. _2_ of _31_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶  $   2,152

Total ▶  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-738 - 32342 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re   Rainbows United, Inc_____,        Case No. _____
                **Debtor**                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.                              Aquarium in Old Town, Inc. 1001 E. Douglas Wichita, KS 67211 | | | | | | | 109 |
| ACCOUNT NO.                              AT&T P.O. Box 5001 Carol Stream, IL 60197-5001 | | | | | | | 84 |
| ACCOUNT NO.                              AT&T Advertising & Publishing P.O. Box 5010 Carol Stream, IL 60197-5010 | | | | | | | 569 |
| ACCOUNT NO.                              Barrett DeBusk 727 Canyon Rd Santa Fe NM 87501 | | | | | | | 310 |
| ACCOUNT NO.                              Batteries Plus 7447 W 21st St Suite 133 Wichita, KS 67205 | | | | | | | 748 |

Sheet no. _3_ of _31_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $        1,820

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-738 - 33242 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re   Rainbows United, Inc_____,      Case No. _____
       **Debtor**                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Benith MacPherson<br>38121 S. Arroyo Way<br>Tuscon, AZ 85739-3071 | | | | | | | 1,231 |
| ACCOUNT NO.<br><br>Birch Communications, Inc.<br>Dept AT 952855<br>Atlanta, GA 31192-2855 | | | | | | | 690 |
| ACCOUNT NO.  7 37<br><br>Black Hills Energy<br>P.O. Box 4660<br>Carol Stream, IL 60197-4660 | | | | | | | 123 |
| ACCOUNT NO.<br><br>Blue Cross Blue Shield of Kansas<br>P.O. Box 1402<br>Topeka, KS 66601 | | | | | | | 72,138 |
| ACCOUNT NO.<br><br>Board Source<br>1828 L Street NW, Suite 900<br>Washington, D.C. 20036-5114 | | | | | | | 99 |

Sheet no. 4 of 31 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $     74,281

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-758 - 33242 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re  Rainbows United, Inc                                         ,        Case No. _____
                    **Debtor**                                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Bobbty L Robinson <br> 1821 Ellis <br> Wichita, KS 67219 | | | | | | | 405 |
| ACCOUNT NO. <br><br> Brian/Tabitha Johnson <br> 1040 N. Buckner <br> Derby, KS 67037 | | | | | | | 36 |
| ACCOUNT NO. <br><br> Butler & Associates, P.A. <br> 3706 S. Topeka Blvd., Suite 300 <br> Topeka, KS 66609 | | | | | | | 42 |
| ACCOUNT NO. <br><br> Butler County Special Education <br> 124 W. Central <br> El Dorado, KS 67042 | | | | | | | 17,486 |
| ACCOUNT NO. <br><br> Calvin Dean Homolka II <br> 200 E. 1st, Suite 542 <br> Wichita, KS 67202-2110 | | | | | | | 120 |

Sheet no. __5__ of __31__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶ | $ | 18,089

Total ▶ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-758 - 32342 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re  Rainbows United, Inc _____ ,          Case No. _____
               **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Cascade DAFO Inc 1360 Sunset Ave Ferndale, WA 98248 | | | | | | | 120 |
| ACCOUNT NO. | | | | | | | |
| Child Start, Inc. 1069 S. Glendale St. Wichita, KS 67218 | | | | | | | 35,230 |
| ACCOUNT NO. | | | | | | | |
| Christi and/or Clay Rothwell 8514 W. 15th St. Wichita, KS 67212 | | | | | | | 114 |
| ACCOUNT NO. | | | | | | | |
| City of Wichita Water & Sewer City Hall - Ste 802 455 N. Main Street Wichita, KS 67202 | | | | | | | 2,710 |
| ACCOUNT NO. | | | | | | | |
| Colonial Supplemental Ins Co Premium Processing P O Box 903 Columbia, SC 29202 | | | | | | | 131 |

Sheet no. __6__ of __31__ continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  |  $  | 38,305

Total ➤  |  $  |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-758 - 32342 - Adobe PDF

**B6F (Official Form 6F) (12/07) - Cont.**

In re    Rainbows United, Inc                                    ,         Case No. _____
                    **Debtor**                                                                            **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Communities in Schools <br> 218 E. 7th <br> Newton, KS 67114 | | | | | | | 9,110 |
| ACCOUNT NO. <br><br> Contract Furnishings - Wichita <br> 114 N. St. Francis <br> Wichita, KS 67202 | | | | | | | 3,473 |
| ACCOUNT NO. <br><br> Countryside Lawn & Treecare <br> 1630 E 3rd St N <br> Wichita, KS 67219 | | | | | | | 7,193 |
| ACCOUNT NO. <br><br> Cox Communications - Kansas <br> P.O. Box 21380 <br> Tulsa, OK 74121-1380 | | | | | | | 5,476 |
| ACCOUNT NO. <br><br> Custom Concepts, LLC <br> c/o Heather Kaba <br> 7830 S. 143rd East <br> Derby, KS 67037 | | | | | | | 2,445 |

Sheet no. __7__ of __31__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 27,697

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-738 - 32342 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re   Rainbows United, Inc                                     ,          Case No. _____
                    **Debtor**                                                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Dawn Schneider <br> 1625 Winterset <br> Goddard, KS 67052 | | | | | | | 61 |
| ACCOUNT NO. <br><br> Delta Dental Plan of KS, Inc. <br> P.O. Box 3806 <br> Wichita, KS 67201-3806 | | | | | | | 8,080 |
| ACCOUNT NO. <br><br> Docuplex Graphics <br> 725 E. Bayley <br> Wichita, KS 67211 | | | | | | | 10,354 |
| ACCOUNT NO. <br><br> EH Technical Solutions <br> P O Box 78560 <br> Wichita, KS 67278 | | | | | | | 4,621 |
| ACCOUNT NO. <br><br> El Dorado Chamber of Commerce <br> 201 E. Central <br> P.O. Box 509 <br> El Dorado, KS 67042 | | | | | | | 100 |

Sheet no. __8__ of __31__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $          23,216

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-738 - 32342 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re   Rainbows United, Inc _____,        Case No. _____
                    **Debtor**                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>EMPAC, Inc.<br>300 W. Douglas, Suite 930<br>Wichita, KS 67202 | | | | | | | 2,005 |
| ACCOUNT NO.<br><br>Emprise Bank<br>P.O. Box 2970<br>Wichita, KS 67201-2970 | | | | | | | 2,363,470 |
| ACCOUNT NO.<br><br>Erin Crabtree<br>7650 E. 32nd St. N.<br>Wichita, KS 67220 | | | | | | | 115 |
| ACCOUNT NO.<br><br>Extra Space Storage of Wichita<br>5010 East 21st St. N.<br>Wichita, KS 67208 | | | | | | | 137 |
| ACCOUNT NO.<br><br>Fahnestock Heating, Air Cond & Electric<br>3532 N. Comotara<br>Wichita, KS 67226 | | | | | | | 67 |

Sheet no. __9__ of __31__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶        $    2,365,794

Total ▶        $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-738 - 33342 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re   Rainbows United, Inc _____,          Case No. _____
                    **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>FedEx<br>P.O. Box 94515<br>Palatine, IL 60094-4515 | | | | | | | 39 |
| ACCOUNT NO.<br>Fonda Barr<br>1002 S. Richmond<br>Wichita, KS 67203 | | | | | | | 391 |
| ACCOUNT NO.<br>For the Families, LLC<br>P.O. Box 817<br>Wichita, KS 67201 | | | | | | | 65 |
| ACCOUNT NO.<br>Foulston Siefkin LLP<br>Commerce Bank Center<br>1551 North Waterfront Parkway<br>Wichita, KS 67206-4466 | | | | | | | 2,407 |
| ACCOUNT NO.<br>Futures Unlimited, Inc.<br>2410 N. A St.<br>Wellington, KS 67152 | | | | | | | 1,178 |

Sheet no. __10__ of __31__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $          4,080

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-738 - 32342 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re __Rainbows United, Inc_____,    Case No. _____
         **Debtor**                                                     **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> George, Bowerman & Noel, P.A. <br> Epic Center <br> 301 N. Main, Suite 1350 <br> Wichita, KS 67202-1508 | | | | | | | 4,425 |
| ACCOUNT NO. <br> GN Otometrics North America <br> P.O. Box 8500-53793 <br> Philadelphia, PA 19178-3793 | | | | | | | 7,229 |
| ACCOUNT NO. <br> Good Samaritan Health Ministries <br> 3701 E. 13th St. N. <br> Wichita, KS 67208 | | | | | | | 1,250 |
| ACCOUNT NO. <br> Gordon N. Stowe and Associates Inc. <br> 586 Palwaukee Drive <br> Wheeling, IL 60090-6047 | | | | | | | 220 |
| ACCOUNT NO. <br> Gorges & Company <br> 3211 N. Webb Rd. <br> Wichita, KS 67226 | | | | | | | 3,994 |

Sheet no. __11__ of __31__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ►    $      17,118

Total ►    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-738 - 32342 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re  Rainbows United, Inc_____,        Case No. _____
                  **Debtor**                                                                  **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Gossen Livingston Associates, Inc. 420 South Emporia Wichita, KS 67202 | | | | | | | 50 |
| ACCOUNT NO. | | | | | | | |
| Greater Wichita YMCA 3330 N. Woodlawn Wichita, KS 67220 | | | | | | | 27,982 |
| ACCOUNT NO. | | | | | | | |
| HealthTec Software, Inc. 11550 IH-10 West, Suite 235 San Antonio, TX 78230 | | | | | | | 2,132 |
| ACCOUNT NO. | | | | | | | |
| Home Depot Credit Services P.O. Box 6031 The Lakes, NV 88901-6031 | | | | | | | 22 |
| ACCOUNT NO. | | | | | | | |
| Huntley's Dairy Service 1630 E 37th St N Wichita, KS 67219 | | | | | | | 2,084 |

Sheet no. __12__ of __31__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  | $ | 32,270

Total ➤  | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-758 - 32342 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re  Rainbows United, Inc_____,          Case No. _____
                    **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Image Quest 11021 E. 26th St. N. Wichita, KS 67226 | | | | | | | 2,484 |
| ACCOUNT NO. | | | | | | | |
| Image Quest Inc. P.O. Box 41602 Philadelphia, PA 19101-1602 | | | | | | | 17,196 |
| ACCOUNT NO. | | | | | | | |
| ImageQuest, Inc. P.O. Box 660831 Dallas, TX 75266-0831 | | | | | | | 624 |
| ACCOUNT NO. | | | | | | | |
| Institute for Supply Management P.O. Box 22160 Tempe, AZ 85285 | | | | | | | 170 |
| ACCOUNT NO. | | | | | | | |
| Interhab Jayhawk Tower 700 SW Jackson, Ste. 803 Topeka, KS 66603 | | | | | | | 4,449 |

Sheet no. __13__ of __31__ continuation sheets attached          Subtotal ➤   $          24,923
to Schedule of Creditors Holding Unsecured
Nonpriority Claims                                                                Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-738 - 32342 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re  Rainbows United, Inc                                         ,          Case No. _____
                    **Debtor**                                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Intrust Bank NA<br>P.O. Box 3668<br>Wichita, KS 67201-3668 | | | | | | | 4,342 |
| ACCOUNT NO. | | | | | | | |
| Intrust Card Center<br>P.O. Box 1242<br>Wichita, KS 67201-1242 | | | | | | | 8,029 |
| ACCOUNT NO. | | | | | | | |
| IVCI, LLC<br>601 Old Willets Path<br>Hauppauge, NY 11788 | | | | | | | 19,479 |
| ACCOUNT NO. | | | | | | | |
| Jennifer Shain<br>619 Edgemoor Dr.<br>Mulvane, KS 67110 | | | | | | | 665 |
| ACCOUNT NO. | | | | | | | |
| Jessica Lies<br>643 S St Paul<br>Wichita, KS 67213 | | | | | | | 43 |

Sheet no.  14  of 31  continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $  32,558

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-738 - 32342 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re __Rainbows United, Inc_____,        Case No. _____
           **Debtor**                                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** Jessica Moreno 2501 S. Hydraulic Wichita, KS 67216 | | | | | | | 127 |
| **ACCOUNT NO.** Jimmy Johns 340 N. Rock Rd. Wichita, KS 67206 | | | | | | | 75 |
| **ACCOUNT NO.** KACCRRA P.O. Box 2294 1508A E. Iron Salina, KS 67402 | | | | | | | 45,801 |
| **ACCOUNT NO.** Kansas Gas Service P.O. Box 3535 Topeka, KS 6601-3535 | | | | | | | 200 |
| **ACCOUNT NO.** Kansas Payment Center P.O. Box 758599 Topeka, KS 66675-8599 | | | | | | | 239 |

Sheet no. __15__ of __31__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $ 46,442

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-758 - 32342 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re __Rainbows United, Inc_____,                Case No. _____
              **Debtor**                                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Kansas Turnpike Authority P.O. Box 780007 Wichita, KS 67278-0007 | | | | | | | 114 |
| ACCOUNT NO. | | | | | | | |
| Kansas University Medical Center Center for Child Health & Development Kansas City, KS 66160 | | | | | | | 14,305 |
| ACCOUNT NO. | | | | | | | |
| Katy Tra 8841 Hidden Ln. Valley Center, KS 67147 | | | | | | | 40 |
| ACCOUNT NO. | | | | | | | |
| Kaye Products, Inc. 535 Dimmocks Mill Road Hillsborough, NC 27278 | | | | | | | 103 |
| ACCOUNT NO. | | | | | | | |
| Kristine Cooley 3106 S. Spicer Dr. Wichita, KS 67210 | | | | | | | 66 |

Sheet no. __16__ of __31__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 14,628

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-738 - 32342 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re  Rainbows United, Inc_____,    Case No. _____
            **Debtor**                                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Kroger  Dillon Customer Charges P O Box 677546 Dallas, TX 75267 | | | | | | | 409 |
| ACCOUNT NO. | | | | | | | |
| Kronos P.O. Box 845748 Boston, MA 02284-5748 | | | | | | | 5,617 |
| ACCOUNT NO. | | | | | | | |
| KSCW P.O. Box 48349 Wichita, KS 67201 | | | | | | | 80 |
| ACCOUNT NO. | | | | | | | |
| KWCH P.O. Box 48349 Wichita, KS 67201 | | | | | | | 270 |
| ACCOUNT NO. | | | | | | | |
| Lakeshore Learning Materials 2695 Dominguez St. Carson, CA 90895 | | | | | | | 378 |

Sheet no.  17  of  31  continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $             6,754

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-738 - 32342 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re  Rainbows United, Inc_____,        Case No. _____
                    **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| LaShawn Barber 2805 N. Parkwood Wichita, KS 67220 | | | | | | | 1,092 |
| ACCOUNT NO. | | | | | | | |
| Laurie B. Williams, Trustee 225 N. Market, Ste 310 Wichita, KS 67202 | | | | | | | 345 |
| ACCOUNT NO. | | | | | | | |
| Leidy Plumbing & Heating Co., Inc. P.O. Box 16186 Wichita, KS 67216 | | | | | | | 918 |
| ACCOUNT NO. | | | | | | | |
| Levihen, LLC 800 E. Mt. Vernon Wichita, KS 67211 | | | | | | | 941 |
| ACCOUNT NO. | | | | | | | |
| Lisa Schulte 1822 S. Prescott Wichita, KS 67209 | | | | | | | 1,300 |

Sheet no. __18__ of __31__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤        $        4,596

Total ➤        $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re Rainbows United, Inc _____ ,          Case No. _____
        **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Little Friends Center for Autism, Inc. 140 N. Wright St. Naperville, IL 60540 | | | | | | | 160 |
| ACCOUNT NO. | | | | | | | |
| Lowe's Companies, Inc. P.O. Box 530954 Atlanta, GA 30353-0954 | | | | | | | 502 |
| ACCOUNT NO. | | | | | | | |
| LRP Publications Dept 170-F P.O. Box 24668 West Palm Beach, FL 33416-4668 | | | | | | | 212 |
| ACCOUNT NO. | | | | | | | |
| Maria de la Luz Mejia 3156 S. Clifton Wichita, KS 67210 | | | | | | | 185 |
| ACCOUNT NO. | | | | | | | |
| Maria E Hatchett 6743 E Odessa Wichita, KS 67226 | | | | | | | 1,257 |

Sheet no. 19 of 31 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $ 2,316

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-738 - 33242 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re Rainbows United, Inc _____,        Case No. _____
           **Debtor**                                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Maria E. Hatchett 6743 E. Odessa Wichita, KS 67226 | | | | | | | 627 |
| ACCOUNT NO. Marisela Vaquera 2760 S. Hiran Wichita, KS 67217 | | | | | | | 771 |
| ACCOUNT NO. Allison Martin 3821 Watercress Ct Maize, KS 67101 | | | | | | | 1,638 |
| ACCOUNT NO. Mental Health Assn of South Central KS 555 N. Woodlawn, Suite 3105 Wichita, KS 67208 | | | | | | | 9,254 |
| ACCOUNT NO. Mid-KS Community Action Program 730 Cliff Dr. Augusta, KS 67016 | | | | | | | 2,654 |

Sheet no. 20 of 31 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $   14,944

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-738  -  32342 - Adobe PDF

**B6F (Official Form 6F) (12/07) - Cont.**

In re _____Rainbows United, Inc_____,     Case No. _____
              **Debtor**                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** Miracle Recreation Equipment Co. 2260 Paysphere Chicago, IL 60674 | | | | | | | 1,837 |
| **ACCOUNT NO.** Models and Images 434 N. Oliver, Suite 102 Wichita, KS 67208 | | | | | | | 2,080 |
| **ACCOUNT NO.** Molly Rainey 1430 James Derby, KS 67037 | | | | | | | 86 |
| **ACCOUNT NO.** Natalie Barnes 4220 E. Vista Wichita, KS 67208 | | | | | | | 837 |
| **ACCOUNT NO.** NCO Financial Systems, Inc. P.O. Box 15757 Wilmington, DE 19850 | | | | | | | 114 |

Sheet no. __21__ of __31__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶   $       4,954

Total ▶   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-738 - 32342 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re   Rainbows United, Inc                                  ,          Case No. _____
              **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Oaktree Products, Inc. 716 J Crown Industrial Court Chesterfield, MO 63005 | | | | | | | 31 |
| ACCOUNT NO. | | | | | | | |
| Office Depot Credit Plan P.O. Box 633211 Cincinnati, OH 45263-3211 | | | | | | | 1,406 |
| ACCOUNT NO. | | | | | | | |
| Office Equipment Finance Services P.O. Box 790448 St. Louis, MO 63179-0448 | | | | | | | 2,526 |
| ACCOUNT NO. | | | | | | | |
| Office Installation Co. P.O. Box 608 Hesston, KS 67062 | | | | | | | 783 |
| ACCOUNT NO. | | | | | | | |
| Office Max 75 Remittance Dr., #2698 Chicago, IL 60675-2698 | | | | | | | 1,422 |

Sheet no. _22_ of _31_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $   6,168

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-738 - 33242 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re  Rainbows United, Inc                                    ,          Case No. _____
                    **Debtor**                                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  Philadelphia Insurance Co. P.O. Box 70251 Philadelphia, PA 19176-0251 | | | | | | | 9,863 |
| ACCOUNT NO.  Plak Smacker 13177 Collections Center Drive Chicago, IL 60693 | | | | | | | 43 |
| ACCOUNT NO.  PMA/Wichita OB/GYN Associates 551 N. Hillside, Suite 510 Wichita, KS 67214 | | | | | | | 457 |
| ACCOUNT NO.  Prairie Fire Coffee 10821 E. 26th Street North Wichita, KS 67226 | | | | | | | 218 |
| ACCOUNT NO.  Promo Depot, Inc. 7570 W. 21st North Building 1006, Suite C Wichita, KS 67205 | | | | | | | 2,339 |

Sheet no. __23__ of __31__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $ 12,920

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-738 - 32342 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re   Rainbows United, Inc                                    ,          Case No. _____
              **Debtor**                                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Provident Life and Accident Insurance Co<br>P.O. Box 740592<br>Atlanta, GA 30374-0592 | | | | | | | 64 |
| ACCOUNT NO.  0098 | | | | | | | |
| Quill Corporation<br>P.O. Box 37600<br>Philadelphia, PA 19101-0600 | | | | | | | 1,108 |
| ACCOUNT NO. | | | | | | | |
| Rebecca McBroom<br>4927 W. 9th St. N.<br>Wichita, KS 67212 | | | | | | | 270 |
| ACCOUNT NO. | | | | | | | |
| Rusty Eck Ford - Quick Lane<br>353 S. Armour<br>Wichita, KS 67207 | | | | | | | 79 |
| ACCOUNT NO. | | | | | | | |
| Sam's Club Direct<br>P.O. Box 530930<br>Atlanta, GA 30353-0930 | | | | | | | 6,507 |

Sheet no. _24_ of _31_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► | $ | 8,028

Total ► | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-738 - 32342 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re  Rainbows United, Inc_____,        Case No. _____
           **Debtor**                                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Savory Bites Melissa Scapa 2209 S. White Cliff Lane Wichita, KS 67207 | | | | | | | 403 |
| ACCOUNT NO. Schmidt Mobile Power Wash 320 S. E. 48th Newton, KS 67114 | | | | | | | 320 |
| ACCOUNT NO. School Specialty, Inc. MB Unit #67-3106 Milwaukee, WI 53268-3106 | | | | | | | 229 |
| ACCOUNT NO. SCKESC 13939 Diagonal Rd. P.O. Box 160 Clearwater, KS 67206 | | | | X | X | | 433,018 |
| ACCOUNT NO. Sedgwick County Treasurer Office P.O. Box 2930 Wichita, KS 67201 | | | | | | | 107 |

Sheet no. __25__ of __31__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ $  434,077

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-738 - 32342 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re    Rainbows United, Inc_____,        Case No. _____
                         **Debtor**                                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Shawna Hinkle <br> 139 N. Gorin <br> Clearwater, KS 67026 | | | | | | | 644 |
| ACCOUNT NO. <br><br> Shields Electricon, Inc. <br> 1409 S. Bebe <br> P.O. Box 9376 <br> Wichita, KS 67277-0376 | | | | | | | 948 |
| ACCOUNT NO. <br><br> Southwest Paper <br> 3930 N. Bridgeport Circle <br> Wichita, KS 67219 | | | | | | | 1,934 |
| ACCOUNT NO. <br><br> Sumner Mental Health Center <br> P.O. Box 607 <br> 1601 West 16th St. <br> Wellington, KS 67152 | | | | | | | 5,315 |
| ACCOUNT NO. <br><br> Superior Computer Supply <br> 2355 S Edwards Ste A <br> Wichita, KS 67213 | | | | | | | 975 |

Sheet no. _26_ of _31_ continuation sheets attached        Subtotal ▶  | $        9,816
to Schedule of Creditors Holding Unsecured
Nonpriority Claims                                                                Total ▶  | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-738 - 32342 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re  Rainbows United, Inc _____ ,        Case No. _____
                    **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Target Bank Business Card Services P.O. Box 59228 Minneapolis, MN 55459-0228 | | | | | | | 547 |
| ACCOUNT NO. | | | | | | | |
| Target Bank P.O. Box 59228 Minneapolis, MN 55459-0228 | | | | | | | 869 |
| ACCOUNT NO. | | | | | | | |
| Terry Morrow 415 North Main Street El Dorado, KS 67042 | | | | | | | 2,565 |
| ACCOUNT NO. | | | | | | | |
| The ARC of Sedgwick County 2919 W 2nd Wichita, KS 67203 | | | | | | | 360 |
| ACCOUNT NO. | | | | | | | |
| The Arnold Group P.O. Box 502885 St. Louis, MO 63150-2885 | | | | | | | 344 |

Sheet no. 27  of 31  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $   4,685

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-758 - 32342 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re    Rainbows United, Inc _____,          Case No. _____
                        **Debtor**                                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| The Opportunity Project Charitable Trust 4600 S. Clifton Wichita, KS 67216 | | | | | | | 490 |
| ACCOUNT NO. | | | | | | | |
| The Waldinger Corporation 1630 South Baehr Wichita, KS 67209 | | | | | | | 270 |
| ACCOUNT NO. | | | | | | | |
| UKSM-W Medical Practice Association 1010 N. Kansas, Suite 3049 Wichita, KS 67214-3124 | | | | | | | 780 |
| ACCOUNT NO. | | | | | | | |
| United Way of the Plains 245 N. Water Wichita, KS 67202 | | | | | | | 10,052 |
| ACCOUNT NO. | | | | | | | |
| Unum Provident Life and Accident Ins. Co 1 Fountain Square Chattanooga, TN 37402 | | | | | | | 554 |

Sheet no. __28__ of __31__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $          12,146

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-738 - 32342 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re  Rainbows United, Inc                                    ,          Case No. _____
               **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** USD 259 201 N Water Wichita, KS 67202 | | | | X | X | | 163,000 |
| **ACCOUNT NO.** Wal-Mart Community BRC P.O. Box 530933, Dept. 87 Atlanta, GA 30353-0933 | | | | | | | 7,593 |
| **ACCOUNT NO.** Waste Management of Wichita P.O. Box 9001054 Louisville, KY 40290-1054 | | | | | | | 953 |
| **ACCOUNT NO.** Wesley Medical Center, LLC Attn: Misc. Receivables 550 N. Hillside Wichita, KS 67214 | | | | | | | 1,541 |
| **ACCOUNT NO.** Westar Energy P.O. Box 758500 Topeka, KS 66675-8500 | | | | | | | 9,517 |

Sheet no. __29__ of __31__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $  182,604

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-738  -  32342 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re   Rainbows United, Inc_____,          Case No. _____
                 **Debtor**                                                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Wichita Child Guidance Center 415 N. Poplar Wichita, KS 67214 | | | | | | | 10,180 |
| ACCOUNT NO. | | | | | | | |
| Wichita Children's Home Accounting Office 810 N. Holyoke Wichita, KS 67208 | | | | | | | 37,284 |
| ACCOUNT NO. | | | | | | | |
| Wichita State University Center for Research & Eval. Services Wichita, KS 67260-0123 | | | | | | | 27,765 |
| ACCOUNT NO. | | | | | | | |
| Wilson Darnell Mann P.A. 105 N. Washington Wichita, KS 67202 | | | | | | | 2,332 |
| ACCOUNT NO. | | | | | | | |
| Wright Express Fleet Fueling P.O. Box 6293 Carol Stream, IL 60197-6293 | | | | | | | 3,952 |

Sheet no. _30_ of _31_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $        81,513

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4-9-738 - 32342 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re  Rainbows United, Inc                                    ,          Case No. _____
           **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Yellow Book - West Receivable Accounting Dept. 2201 Renaissance Blvd King of Prussia, PA 19406 | | | | | | | 748 |
| ACCOUNT NO. | | | | | | | |
| | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| | | | | | | | |

Sheet no. __31__ of __31__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶ | $ | 748
Total ▶ | $ | 3,541,787

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-738 - 32342 - Adobe PDF

B203
12/94

# United States Bankruptcy Court
## District of Kansas

In re  Rainbows United, Inc

Case No. _____

Chapter    _____11_____

Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s)
     and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services
     rendered or to be rendered on behalf  of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follow s:

     For legal services, I have agreed to accept ........................................................ $ _____0_____

     Prior to the filing of this statement I have received ........…………….......…........... $ ___30,000___

     Balance Due ......................................………………………………….......…........... $ _____0_____

2.   The source of compensation paid to me was:

     ☑ Debtor         ☐ Other (specify)

3.   The source of compensation to be paid to me is:

     ☑ Debtor         ☐ Other (specify)

4.   ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and
associates of my law firm.

     ☐  I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates
of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
     c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
     e. [Other provisions as needed]

Agreed to Amount is Unknown.
Balance Due Amount is Unknown.

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the
debtor(s) in the bankruptcy proceeding.

07/30/09
_____
*Date*

/s/ Edward J. Nazar
_____
*Signature of Attorney*

Redmond & Nazar, L.L.P.
_____
*Name of law firm*

Adaptivemallcom LLC
Bergeron Health Care
15 Second Street
Dolgeville NY 13329


ADT Security Services Inc
PO Box 371956
Pittsburg PA 15250-7956


Advacare Medical Corp
938A Oliver St
Wichita KS 67218


Advance Insurance Company
PO Box 2517
Topeka KS
66601-2517


Advocate Care Services Inc
PO Box 91
Rose Hill KS 67133-0091


Aimee VanWinkle
223 N Lee
Clearwater KS 67026


AIU Holdings
22427 Network Place
Chicago IL 60673-1224


Allen Gibbs  Houlik LC
301 N Main St Suite 1700
Wichita KS 67202-4868


Alltel
PO Box 9001905
Louisville KY 40290-1905


American Electric Company
PO Box 978
Columbia MO 65205

Ampco System Parking
Attn Lot 7719
155 N Market 455
Wichita KS 67202


Amy Farrell
500 W Ness
Valley Center KS 67147


Amy Finley
300 Grover
Wichita KS 67217


Angela Henderson
3850 W 2nd
Wichita KS 67203


Angie Elam
3253 S Clifton
Wichita KS 67216


Aquarium in Old Town Inc
1001 E Douglas
Wichita KS 67211


Ashlee D McCoy
1804 E Osage Q7
Derby KS 67037


ATT
PO Box 5001
Carol Stream IL 60197-5001


ATT Advertising  Publishing
PO Box 5010
Carol Stream IL 60197-5010


Barrett DeBusk
727 Canyon Rd
Santa Fe NM 87501

Batteries Plus
7447 W 21st St Suite 133
Wichita KS 67205


Benith MacPherson
38121 S Arroyo Way
Tuscon AZ 85739-3071


Beth Nimmo
100 S Ridge Rd 202
Wichita KS 67209


Birch Communications Inc
Dept AT 952855
Atlanta GA 31192-2855


Black Hills Energy
PO Box 4660
Carol Stream IL 60197-4660


Blue Cross Blue Shield of Kansas
PO Box 1402
Topeka KS 66601


Board Source
1828 L Street NW Suite 900
Washington DC 20036-5114


Bobbty L Robinson
1821 Ellis
Wichita KS 67219


BrianTabitha Johnson
1040 N Buckner
Derby KS 67037


Brooke Medlam
303 Wollmann
Moundridge KS 67107


Butler  Associates PA
3706 S Topeka Blvd Suite 300
Topeka KS 66609

Butler County Special Education
124 W Central
El Dorado KS 67042


Calley Z Kinchion
3540 N Inwood Apt 1302
Wichita KS 67226


Calvin Dean Homolka II
200 E 1st Suite 542
Wichita KS 67202-2110


Cara Phillips
5129 E Blake Ct
Wichita KS 67218


Carolyn Hummel
2909 N Oliver 633 A
Wichita KS 67220


Cascade DAFO Inc
1360 Sunset Ave
Ferndale WA 98248


Child Start Inc
1069 S Glendale St
Wichita KS 67218


Christi andor Clay Rothwell
8514 W 15th St
Wichita KS 67212


City of Wichita Water  Sewer
City Hall - Ste 802
455 N Main Street
Wichita KS 67202


Colonial Supplemental Ins Co
Premium Processing
P O Box 903
Columbia SC 29202

Communities in Schools
218 E 7th
Newton KS 67114


Contract Furnishings - Wichita
114 N St Francis
Wichita KS 67202


Countryside Lawn  Treecare
1630 E 3rd St N
Wichita KS 67219


Cox Communications - Kansas
PO Box 21380
Tulsa OK 74121-1380


Custom Concepts LLC
co Heather Kaba
7830 S 143rd East
Derby KS 67037


Dawn Schneider
1625 Winterset
Goddard KS 67052


Delta Dental Plan of KS Inc
PO Box 3806
Wichita KS 67201-3806


Docuplex Graphics
725 E Bayley
Wichita KS 67211


Donna Delaney
1440 Tapestry
Goddard KS 67052


Donna E Hoch
229 N Brownthrush
Wichita KS 67212


EH Technical Solutions
P O Box 78560
Wichita KS 67278

El Dorado Chamber of Commerce
201 E Central
PO Box 509
El Dorado KS 67042


EMPAC Inc
300 W Douglas Suite 930
Wichita KS 67202


Emprise Bank
PO Box 2970
Wichita KS 67201-2970


Erin Crabtree
7650 E 32nd St N
Wichita KS 67220


Erin E Purdon
8406 E Harry 417
Wichita KS 67207


Extra Space Storage of Wichita
5010 East 21st St N
Wichita KS 67208


Fahnestock Heating Air Cond  Electric
3532 N Comotara
Wichita KS 67226


FedEx
PO Box 94515
Palatine IL 60094-4515


Fonda Barr
1002 S Richmond
Wichita KS 67203


For the Families LLC
PO Box 817
Wichita KS 67201

Foulston Siefkin LLP
Commerce Bank Center
1551 North Waterfront Parkway
Wichita KS 67206-4466


Futures Unlimited Inc
2410 N A St
Wellington KS 67152


George Bowerman  Noel PA
Epic Center
301 N Main Suite 1350
Wichita KS 67202-1508


Gina Rader
3505 N Valerie Circle
Wichita KS 67205


Ginger K Hopper
243 Frontier
Mulvane KS 67110


GN Otometrics North America
PO Box 8500-53793
Philadelphia PA 19178-3793


Good Samaritan Health Ministries
3701 E 13th St N
Wichita KS 67208


Gordon N Stowe and Associates Inc
586 Palwaukee Drive
Wheeling IL 60090-6047


Gorges  Company
3211 N Webb Rd
Wichita KS 67226


Gossen Livingston Associates Inc
420 South Emporia
Wichita KS 67202

Greater Wichita YMCA
3330 N Woodlawn
Wichita KS 67220


Guadalupe Nave
9130 W Central Park Ct
Wichita KS 67205


HealthTec Software Inc
11550 IH-10 West Suite 235
San Antonio TX 78230


Home Depot Credit Services
PO Box 6031
The Lakes NV 88901-6031


Huntleys Dairy Service
1630 E 37th St N
Wichita KS 67219


Image Quest
11021 E 26th St N
Wichita KS 67226


Image Quest Inc
PO Box 41602
Philadelphia PA 19101-1602


Imagequest Inc
PO Box 609
Cedar Rapids IA 52406


ImageQuest Inc
PO Box 660831
Dallas TX 75266-0831


Institute for Supply Management
PO Box 22160
Tempe AZ 85285


Interhab
Jayhawk Tower
700 SW Jackson Ste 803
Topeka KS 66603

Internal Revenue Service
271 West 3rd North Suite 3000
Stop 5333 WIC
Wichita KS 67202


Internal Revenue Service
Centralized Insolvency Operations
P O Box 21126
Philadelphia PA 19114-0326


Intrust Bank NA
PO Box 3668
Wichita KS 67201-3668


Intrust Card Center
PO Box 1242
Wichita KS 67201-1242


IVCI LLC
601 Old Willets Path
Hauppauge NY 11788


James Garrett
5102 Kings Row
Wichita KS 67208


Janice S Dixon
1318 Brookfield Lane
Derby KS 67037


Jennifer Shain
619 Edgemoor Dr
Mulvane KS 67110


Jessica Humphries
2150 S Vine
Wichita KS 67213


Jessica Lies
643 S St Paul
Wichita KS 67213

Jessica Moreno
2501 S Hydraulic
Wichita KS 67216


Jessica Peralta
2315 N Somerset 104
Wichita KS 67204


Jimmy Johns
340 N Rock Rd
Wichita KS 67206


KACCRRA
PO Box 2294
1508A E Iron
Salina KS 67402


Kansas Dept of Revenue
Civil Tax Enforcement
PO Box 12005
Topeka KS 66612-2005


Kansas Gas Service
PO Box 3535
Topeka KS 6601-3535


Kansas Payment Center
PO Box 758599
Topeka KS 66675-8599


Kansas Turnpike Authority
PO Box 780007
Wichita KS 67278-0007


Kansas University Medical Center
Center for Child Health  Development
Kansas City KS 66160


Karen Marshall
2176 S Terrace
Wichita KS 67208

Katherine Demott
245 S Tracey
Clearwater KS 67026


Katy Tra
8841 Hidden Ln
Valley Center KS 67147


Kaye Products Inc
535 Dimmocks Mill Road
Hillsborough NC 27278


Kerri K Dixon
11413 Westport
Wichita KS 67212


Kevin Ross Hays
134 Chapel Drive
Andover KS 67002


Kristine Cooley
3106 S Spicer Dr
Wichita KS 67210


Kroger  Dillon Customer Charges
P O Box 677546
Dallas TX 75267


Kronos
PO Box 845748
Boston MA 02284-5748


KSCW
PO Box 48349
Wichita KS 67201


KWCH
PO Box 48349
Wichita KS 67201


LaDonna S Samuel
3324 N Arkansas
Wichita KS 67204

Lakeshore Learning Materials
2695 Dominguez St
Carson CA 90895


LaShawn Barber
2805 N Parkwood
Wichita KS 67220


Laurie B Williams Trustee
225 N Market Ste 310
Wichita KS 67202


LaWana S Wallace
12291 SW 70th St
Andover KS 67002


Leah Doyle


Lee Price
7720 W Jennie
Wichita KS 67212


Leidy Plumbing  Heating Co Inc
PO Box 16186
Wichita KS 67216


Leslie Stevens
11209 W Central Park Circle
Wichita KS 67205


Levihen LLC
800 E Mt Vernon
Wichita KS 67211


Lisa Schulte
1822 S Prescott
Wichita KS 67209


Little Friends Center for Autism Inc
140 N Wright St
Naperville IL 60540

Lorraine Dold
1607 Western
Wellington KS 67152


Lowes Companies Inc
PO Box 530954
Atlanta GA 30353-0954


LRP Publications
Dept 170-F
PO Box 24668
West Palm Beach FL 33416-4668


Margaret A Domnick
9705 W Britton
Wichita KS 67205


Maria de la Luz Mejia
3156 S Clifton
Wichita KS 67210


Maria E Hatchett
6743 E Odessa
Wichita KS 67226


Maria E Hatchett
6743 E Odessa
Wichita KS 67226


Maria M Garrett
5102 Kings Row
Wichita KS 67208


Marisela Vaquera
2760 S Hiran
Wichita KS 67217


Allison Martin
3821 Watercress Ct
Maize KS 67101


Mental Health Assn of South Central KS
555 N Woodlawn Suite 3105
Wichita KS 67208

Michele I Marshall
516 N Walnut
Newton KS 67114


Michelle D Goldston-Templeton
204 Sandstone Ct
Kechi KS 67067


Mid-KS Community Action Program
730 Cliff Dr
Augusta KS 67016


Miracle Recreation Equipment Co
2260 Paysphere
Chicago IL 60674


Models and Images
434 N Oliver Suite 102
Wichita KS 67208


Molly Rainey
1430 James
Derby KS 67037


Mona E Riggs
404 Spencer
Haysville KS 67060


Natalie Barnes
4220 E Vista
Wichita KS 67208


NCO Financial Systems Inc
PO Box 15757
Wilmington DE 19850


Oaktree Products Inc
716 J Crown Industrial Court
Chesterfield MO 63005


Office Depot Credit Plan
PO Box 633211
Cincinnati OH 45263-3211

Office Equipment Finance Services
PO Box 790448
St Louis MO 63179-0448


Office Installation Co
PO Box 608
Hesston KS 67062


Office Max
75 Remittance Dr 2698
Chicago IL 60675-2698


Paige Threlkeld
11015 Cora Circle
Wichita KS 67205


Patricia L Unruh
641 S Quentin
Wichita KS 67218


Patricia Smith
8204 Chalet St
Wichita KS 67207


Patti Horning
1608 Gleneagles Ct
Andover KS 67002


Philadelphia Insurance Co
PO Box 70251
Philadelphia PA 19176-0251


Plak Smacker
13177 Collections Center Drive
Chicago IL 60693


PMAWichita OBGYN Associates
551 N Hillside Suite 510
Wichita KS 67214


Prairie Fire Coffee
10821 E 26th Street North
Wichita KS 67226

Promo Depot Inc
7570 W 21st North
Building 1006 Suite C
Wichita KS 67205


Provident Life and Accident Insurance Co
PO Box 740592
Atlanta GA 30374-0592


Quill Corporation
PO Box 37600
Philadelphia PA 19101-0600


Rebecca L Erickson
1333 Split Rail Ct
Derby KS 67037


Rebecca McBroom
4927 W 9th St N
Wichita KS 67212


Rebecca S Weber
6230 E 41st St N Circle
Wichita KS 67220


Rusty Eck Ford - Quick Lane
353 S Armour
Wichita KS 67207


Sams Club Direct
PO Box 530930
Atlanta GA 30353-0930


Samantha Kelly
3934 Jasmine Dr
Wichita KS 67226


Sarah A Linn
1446 N Gow
Wichita KS 67226


Sarah McDaniel
12223 W Briarwood Circle
Wichita KS 67235

Savory Bites
Melissa Scapa
2209 S White Cliff Lane
Wichita KS 67207


Schmidt Mobile Power Wash
320 S E 48th
Newton KS 67114


School Specialty Inc
MB Unit 67-3106
Milwaukee WI 53268-3106


SCKESC
13939 Diagonal Rd
PO Box 160
Clearwater KS 67206


Sedgwick County Treasurer Office
PO Box 2930
Wichita KS 67201


Sharri A Penrod
2445 N Ridgewood Dr
Wichita KS 67220


Shawna Hinkle
139 N Gorin
Clearwater KS 67026


Shields Electricon Inc
1409 S Bebe
PO Box 9376
Wichita KS 67277-0376


Shirley Fisher
2655 N Fountain
Wichita KS 67220


Southwest Paper
3930 N Bridgeport Circle
Wichita KS 67219

Stephen C Roecker
924 Emmaline
Newton KS 67114


Sumner Mental Health Center
PO Box 607
1601 West 16th St
Wellington KS 67152


Superior Computer Supply
2355 S Edwards Ste A
Wichita KS 67213


Tanita Caldwell
1709 S Derrick Circle
Wichita KS 67207


Target Bank
Business Card Services
PO Box 59228
Minneapolis MN 55459-0228


Target Bank
PO Box 59228
Minneapolis MN 55459-0228


Terry Morrow
415 North Main Street
El Dorado KS 67042


The ARC of Sedgwick County
2919 W 2nd
Wichita KS 67203


The Arnold Group
PO Box 502885
St Louis MO 63150-2885


The Opportunity Project
Charitable Trust
4600 S Clifton
Wichita KS 67216

The Waldinger Corporation
1630 South Baehr
Wichita KS 67209


US Attorney
1200 EPIC Center
301 North Main
Wichita KS 67202


UKSM-W Medical Practice Association
1010 N Kansas Suite 3049
Wichita KS 67214-3124


United Way of the Plains
245 N Water
Wichita KS 67202


Unum Provident Life and Accident Ins Co
1 Fountain Square
Chattanooga TN 37402


US Bancorp
1310 Madrid St
Marshall MN 56258


USD 259
201 N Water
Wichita KS 67202


Victoria Smith
153 N Glendale 3
Wichita KS 67208


Virginia Voegeli
168 S Forestview Ct
Wichita KS 67235


Wal-Mart Community BRC
PO Box 530933 Dept 87
Atlanta GA 30353-0933


Waste Management of Wichita
PO Box 9001054
Louisville KY 40290-1054

Wesley Medical Center LLC
Attn Misc Receivables
550 N Hillside
Wichita KS 67214


Westar Energy
PO Box 758500
Topeka KS 66675-8500


Wichita Child Guidance Center
415 N Poplar
Wichita KS 67214


Wichita Childrens Home
Accounting Office
810 N Holyoke
Wichita KS 67208


Wichita State University
Center for Research  Eval Services
Wichita KS 67260-0123


Williams Billingsley
152 N Wabash
Wichita KS 67214


Wilson Darnell Mann PA
105 N Washington
Wichita KS 67202


Wright Express
Fleet Fueling
PO Box 6293
Carol Stream IL 60197-6293


Yellow Book - West
Receivable Accounting Dept
2201 Renaissance Blvd
King of Prussia PA 19406

## UNITED STATES BANKRUPTCY COURT
### District of Kansas

In re  Rainbows United, Inc _____ ,
                        Debtor

Case No. _____

Chapter    11 _____


## VERIFICATION OF LIST OF CREDITORS


I hereby certify under penalty of perjury that the attached List of Creditors which consists of 20 pages, is true,

correct and complete to the best of my knowledge.


Date    07/30/09 _____

Signature    /s/ Steve Cox _____

STEVE COX,
Chairman of the Board


Edward J. Nazar
Redmond & Nazar, L.L.P.
245 N. Waco, Ste. 402
Wichita, KS 67202
(316) 262-8361
(316) 263-0610