REDMOND & NAZAR, L.L.P.
245 North Waco, Suite 402
Wichita, Kansas 67202-1117
316-262-8361

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| IN RE: | |
| | Case No. 09-12457 |
| RAINBOWS UNITED, INC. | Chapter 11 |
| Debtor-in-Possession | **FILED ELECTRONICALLY** |

## APPLICATION BY DEBTOR-IN-POSSESSION TO EMPLOY SPECIAL COUNSEL
### *NUNC PRO TUNC* TO PETITION DATE

The Application of Debtor-in-Possession respectfully represents:

1. Movant seeks to engage Foulston Siefkin LLP for engagement of professional services *nunc pro tunc* to the petition date under the provisions of 11 U.S.C. §327(e).

2. These professional services would include representation of the Debtor in employment law issues, general corporate business, and negotiations with the Internal Revenue Service for unpaid taxes.

3. The Debtor is desirous of engaging Foulston Siefkin LLP as special counsel for representation of the Debtor in employment law issues, general corporate business, and negotiations with the Internal Revenue Service for unpaid taxes.

4. The services and rates of Foulston Siefkin LLP are more fully set forth on the engagement letter attached hereto.

5. The appointment of Foulston Siefkin LLP to represent the Debtor is not prohibited by law or any other legal impediment.

6. A retainer of $20,000.00 was received by Foulston Siefkin LLP. The check was dated July 30, 2009 and deposited on August 3, 2009. The sum of $16,011.00 was applied to pre-petition activity that occurred within ten days before the filing of the petition. The balance of $3,989.00 will be retained for the post-petition period.

7. Foulston Siefkin LLP shall be engaged under the terms and conditions as set forth on the attached exhibit. Eighty percent (80%) of the allowed fees and one hundred percent (100%) of the expenses will be paid monthly as authorized by the Court. The remaining twenty

In the United States Bankruptcy Court for the District of Kansas
IN RE:   Rainbows United, Inc.
             Bankruptcy Case No. 09-12457-11
             Application By Debtor-in-Possession to Employ Special Counsel
Page 2 _____

     percent (20%) of requested fees will be held in escrow pending approval in accordance with
11 U.S.C. §331 for payments every one hundred twenty (120) days or until confirmation of
the case.

     WHEREFORE, applicant prays that it be authorized to appoint Foulston Siefkin LLP *nunc*

*pro tunc* to the petition date in this case and that it have such other and further relief as is just and

equitable.

RESPECTFULLY SUBMITTED:

REDMOND & NAZAR, L.L.P.


  /s/Edward J. Nazar
Edward J. Nazar, #09845
Attorney for Debtor-in-Possession
245 North Waco, Suite 402
Wichita, KS 67202-1117
316-262-8361 / 316-263-0610 fax
ebn1@redmondnazar.com

REDMOND & NAZAR, L.L.P.
245 N. Waco, Suite 402
Wichita, KS 67202-1117
316-262-8361

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | **Chapter 11** |
| RAINBOWS UNITED, INC., | ) | **Case No. 09-12457** |
| | ) | |
| Debtor. | ) | **FILED ELECTRONICALLY** |
| | ) | |

### AFFIDAVIT OF SPECIAL COUNSEL

| | | |
|---|---|---|
| STATE OF KANSAS | ) | |
| | ) | ss: |
| COUNTY OF SEDGWICK | ) | |

1.      Christopher M. Hurst, being duly sworn, deposes and says:

2.      I am a partner in Foulston Siefkin LLP (the "Firm") which maintains offices at 1551 North Waterfront Parkway – Suite 100, Wichita, Kansas  67206-4466.

3.      Neither I, the Firm, nor any partner, auditor or other member thereof, insofar as I have been able to ascertain, has any connection with the above-captioned debtor and debtor in possession (the "Debtor"), its creditors, or any other party in interest, or its attorneys, except as set forth in this affidavit.

4.      The Firm may have performed services in the past and may perform services in the future, in matters unrelated to this Chapter 11 Case (the "Chapter 11 Case"), for persons that are parties in interest in the Debtor's Chapter 11 Case.  As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be claimants, or other parties in interest in this Chapter 11 Case.  The

1

Firm does not perform services for any such person in connection with this Chapter 11 Case. In addition, the Firm does not have any relationship with any such person, their attorneys or accountants that would be adverse to the Debtor or its estate. The Firm does not and will not represent any entity in connection with this pending Chapter 11 Case and does not have any relationship with any such entity, attorneys, or accountants that would be adverse to the Debtor or its estate.

5.     Except as set forth, no promises have been received by the Firm or any partner, auditor or other member thereof as to compensation in connection with this Chapter 11 Case other than in accordance with the provisions of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the local rules of this Court, orders of this Court, and any fee guidelines promulgated by the Executive Office of the United States Trustee.

6.     The Firm's connections with the Debtors, any creditor, or other party in interest, their respective attorneys and accounts are as follows:

    a.   The Firm has represented the Debtor in matters which are unrelated to this Chapter 11 Case.

    b.   The Firm has represented the following creditors in matters which are unrelated to this Chapter 11 Case during the period of January 1, 2009 to date:

        Blue Cross Blue Shield of Kansas
        Child Start Inc
        Delta Dental Plan of Kansas, Inc
        Emprise Bank
        FedEx
        Gossen Livingston Associates
        Greater Wichita YMCA
        Intrust Bank NA
        Mental Health Association of South Central Kansas
        Mid-Kansas Community Action Program, Inc.
        The Waldinger Corporation
        Wichita State University

2

WDM Architects P.A. (debtor lists as Wilson Darnell Mann, P.A.)

c.   The following creditors are identified as former clients of the Firm, or inactive

current clients for which no work has been performed since January 1, 2009:

> ADT Security Systems Inc
> Allen Gibbs Houlik LC
> Alltel Corporation
> AT&T
> Colonial Insurance Co
> Communities in Schools
> Cox Communications - Kansas
> EMPAC Inc.
> Extra Space Storage LLC
> Futures Unlimited
> The Home Depot
> Kroger Company
> Dillon Companies, Inc.
> KWCH TV Channel 12
> Lowe's Companies Inc
> Philadelphia Insurance Company
> Provident Life & Accident Ins
> Becky Weber (debtor lists as Rebecca Weber)
> South Central Kansas Health Insurance Group (debtor lists as SCKESC)
> Shields Electricon, Inc.
> Southwest Paper Company
> The ARC of Sedgwick County
> United Way of the Plains
> U.S.D. 259
> Wesley Medical Center
> Wichita Children's Home
> Wright Express

d.   The following creditors, have been identified as adverse/interested parties or

attorneys who are or who have been involved in matters involving clients

represented by the Firm:

> Advance Insurance Company
> Allen Gibbs Houlik LC
> Alltel Corporation
> American Electric Company
> AT&T

Black Hills Corp.
Brian Johnson (may not be same party)
Butler County Special Education
Colonial Insurance Co
Countryside Lawn & Tree Service
Cox Communications – Kansas
Docuplex
Emprise Bank
Fahnestock Heating Air Cond. Electric
Gorges & Company
Gossen Livingston Associates
Image Quest
Internal Revenue Service
Jessica Moreno
Kansas Department of Revenue
Kansas Gas Service
Kronos
Maria Mejia
Maria Garrett
NCO Financial Systems Inc
Office Depot
Office Installation Co.
Patricia Unruh (may not be same party)
Patricia Smith (may not be same party)
Rusty Eck
Sam's Club
School Specialty
Sedgwick County Treasurer
Shirley Fisher
Tanita Caldwell
The Opportunity Project
U.S. Bancorp
Vicki Smith (debtor lists as Victoria Smith – may not be same party)
Waste Management
Westar Energy

e.  The following former member of the Board of Directors of the Debtor is a

client of the Firm on matters unrelated to this Chapter 11 Case:

M. Drayton Alldritt

Other than as disclosed herein, I am and each member of my Firm is a "disinterested person" as

that term is defined in 11 U.S.C. §101(14).

4

7.    The Firm has no agreement with any person or entity (other than members of the Firm) to share with such entity any compensation received by the Firm.

8.    On August 3, 2009, the Firm received a check dated July 30, 2009, for the sum of $20,000.00 as a retainer in this case, which the Debtor advised me was mailed on July 30, 2009, which is to be applied first to certain pre-petition activity incurred within 10 days before the filing of the Chapter 11 Case, related to the restructuring of the Debtor, subject to Court approval, and then to the Firm's post-petition services.

9.    The Debtor owes the Firm $29,114.50 for prepetition services.  Of this sum, $16,011.00 was incurred within 10 days before the filing of the Chapter 11 Case related to the restructuring of the Debtor.  The Firm has agreed to waive the remaining $13,103.50 incurred more than ten days before the filing of the Chapter 11 Case.

10.    I shall amend this statement immediately upon my learning that (i) any of the within representations are incorrect or (ii) there is any change of circumstances relating thereto.

11.    The foregoing constitutes the statement of the Firm pursuant to Sections 329 and 504 of the Bankruptcy Code and Bankruptcy Rules 2014 and 2016(b).

FURTHER AFFIANT SAYETH NOT.

Christopher M. Hurst                    KS SC #11472
FOULSTON SIEFKIN LLP
1551 North Waterfront Parkway – Suite 100
Wichita, Kansas  67206-4466
Telephone: 316.267.6371
Facsimile:  316.267.6345

SUBSCRIBED AND SWORN before me this 5th day of August 2009.

Notary Public

TONI L. VOGLER
NOTARY PUBLIC
STATE OF KANSAS
My Appt. Exp. 2/5/13

5

# FOULSTON **[]** SIEFKIN LLP

**ATTORNEYS AT LAW**

Bank of America Tower, Suite 1400
534 South Kansas Ave.
Topeka, Kansas 66603-3436
785.233.3600
Fax 785.233.1610

9 Corporate Woods, Suite 450
9200 Indian Creek Parkway
Overland Park, Kansas 66210-2017
913.498.2100
Fax 913.498.2101

1551 N. Waterfront Parkway, Suite 100
Wichita, Kansas 67206-4466
316.267.6371
Fax 316.267.6345

MEMBER OF LEX MUNDI, THE WORLD'S LEADING ASSOCIATION OF INDEPENDENT LAW FIRMS

| WICHITA | | | | OF COUNSEL | OVERLAND PARK | TOPEKA |
|---|---|---|---|---|---|---|
| MIKEL L. STOUT | AMY S. LEMLEY | HOLLY A. DYER | CHRISTOPHER L. ARELLANO | CHARLES J. WOODIN | JAMES D. OLIVER | JAMES P. RANKIN |
| STANLEY G. ANDEEL | DOUGLAS L. HANISCH | TIMOTHY P. O'SULLIVAN | BROOKE BENNETT AZIERE | | R. DOUGLAS REAGAN | THOMAS L. THEIS |
| DARRELL L. WARTA | DOUGLAS L. STANLEY | DONALD D. BERNER | FRANCIS BAALMANN | SPECIAL COUNSEL | VAUGHN BURKHOLDER | CHARLES R. HAY |
| HARVEY R. SORENSEN | TIMOTHY B. MUSTAINE | WILLIAM P. MATTHEWS | SHANNON L. BELL | DAVID M. TRASTER | WYATT M. WRIGHT | |
| JAMES M. ARMSTRONG | JEFFERY A. JORDAN | SHANNON D. WEAD | ALICIA E. BODECKER | A. JACK FOCHT | WILLIAM P. TRENKLE, JR. | MARTA FISHER LHENBERGER |
| CHARLES P. EFFLANDT | TRISHA A. THELEN | KARL N. HESSE | CHARLES R. CURRAN | GORDON G. KIRSTEN, II | SAMUEL P. LOGAN | |
| GARY L. AYERS | WILLIAM R. WOOD II | MICHAEL J. NORTON | CHARLES A. LOUIS | C. EDWARD WATSON, II | SCOTT C. NEHRBASS | RETIRED |
| LARRY G. RAPP | KEVIN J. ARNEL | SCOTT C. PALECKI | CHARLES MCCLELLAN | | WENDELL F. (BUD) COWAN | MARY KATHLEEN BABCOCK |
| JAY F. FOWLER | CRAIG W. WEST | PATRICIA VOTH BLANKENSHIP | GREGORY C. MIRAKIAN | | ISSAKU YAMAASHI | WILLIAM H. DYE |
| STEPHEN M. KERWICK | ERIC K. KUHN | CAROLYN L. MATTHEWS | J. STEPHEN NEAS | | | RICHARD D. EWY |
| CHRISTOPHER M. HURST | JAY M. RECTOR | ANDREW J. NOLAN | JAMY J. OLSON | | TARA S. EBERLINE | PHILIP S. FRICK |
| TERRY C. CUPPS | STEWART T. WEAVER | FORREST T. RHOADES, JR | TERESA L. SHULDA | | BART HOWK | FREDERICK L. HAAG |
| WYATT M. WRIGHT | MARK A. BIERSTEIN | JASON P. LACEY | F. ROBERT SMITH | | MATTHEW D. STROMBERG | RICHARD C. HARRIS |
| JIM H. GOERING | BOYD A. BYERS | KYLE J. STEADMAN | ANDREW P. THENGVALL | | | ROBERT L. HOWARD |
| WYATT A. HOCH | DAVID E. ROGERS | | | | JOHN C. PECK | JAMES K. LOGAN |
| | TODD N. TEDESCO | | | | TOBY CROUSE | GERALD SAWATZKY |

August 5 2009

Steve E. Cox
Rainbows United, Inc.
340 S. Broadway
Wichita, Kansas 67202

Re: Agreement For Legal Services

Dear Steve:

This letter will set forth the terms of engagement of our firm as special counsel to the bankruptcy estate of Rainbows United, Inc. commencing July 30, 2009.

1.     <u>Client; Scope of Representation</u>.  Our client in this matter is the bankruptcy estate of Rainbows United, Inc. ("Rainbows").  Our representation of Rainbows will not entail a representation of any member of the Rainbow's Board of Directors (as a Board member, in his or her individual capacity or otherwise), any Board or Rainbows affiliate, nor any new entity emerging from Rainbows' bankruptcy, without first obtaining Rainbows consent for such additional representation.

We are specifically engaged to advise Rainbows to provide (a) advice and negotiation with the Internal Revenue Service and State of Kansas in connection with unpaid pre-petition federal and state employment taxes, (b) tax-exempt related advice, (c) employment and benefit issues, (d) general corporate and related advice as requested by Rainbows, as well as such other matters as may be agreed upon from time to time.

Our engagement is limited to these matters, and will not include representation of Rainbows in any other matter unless mutually agreed.   We are not representing Rainbows in connection with the bankruptcy proceedings.

Mr. Steve E. Cox
August 5, 2009
Page 2

The hourly rates of lawyers who are working on these matters are:

| | | |
|---|---|---|
| 1. | Kevin Arnel | $275 |
| 2, | Andrew Nolan | $265 |
| 3. | Jack Focht | $285 |
| 4. | Doug Hanisch | $300 |
| 5. | Chris Hurst | $295 |
| 6. | Andrew Thengvall | $200 |
| 7. | Trish Thelen | $285 |

Portions of our work may be performed from time to time by other lawyers and paralegals in the firm as necessary, based on their special expertise in a given area or to provide services in an efficient and timely manner. Current hourly billing rates range from $160 to $450 for our attorneys, and $110 to $180 for those legal assistants and analysts who are likely to be involved on your matter.

As you will see in the attached, we have received a retainer of $20,000 to be applied first to certain pre-petition activities leading up to the bankruptcy filing (subject to bankruptcy court approval) and then to post-petition bankruptcy services contemplated in this engagement.

2.    <u>Terms of Engagement</u>. Our Standard Terms of Engagement brochure is enclosed and describes the general understandings upon which we provide our services. This brochure describes the basis upon which our legal fees will be determined, the expense items for which Rainbows, as our Client, would be charged, when and how it will be billed, and other important information about the terms of our engagement. Please review this information carefully and contact me if you have any questions or concerns, or if there is any item to which you do not agree. Approval of our fees and expenses will be required by the bankruptcy court.

3.    <u>Conflicts</u>. A list of current clients of the Firm who have an adverse interest in the Rainbows bankruptcy, as creditors, is attached. Also attached is a list of former or inactive clients of the Firm who have an adverse interest in the Rainbows bankruptcy, as creditors, as well as a list of those creditors of Rainbows who have been adverse or interested in matters involving other Firm clients.

As a condition to our representation of Rainbows, Rainbows consents to our continued representation of these clients on matters unrelated to Rainbows, and the Firm in turn agrees it will not represent such clients in connection with the Rainbows bankruptcy or other matters directly adverse to Rainbows.

In addition, the Firm represents many other companies and individuals. It is possible that during the time that we are representing Rainbows, some of our present or future clients will have disputes or

Mr. Steve E. Cox
August 5, 2009
Page 3

transactions with the Board, its members, or Rainbows. Rainbows agrees that, subject to our obligation to consult with Rainbows on matters that are directly adverse to Rainbows or which may materially limit our representation of Rainbows, we may continue to represent or may undertake in the future to represent existing or new clients in any matter that is not substantially related to our work for Rainbows even if the interests of such the clients in those other matters are adverse to Board members or Rainbows. We agree, however, that Rainbow's prospective consent to conflicting representation contained in the preceding sentence shall not apply in any instance where, as a result of our representation of Rainbows, we have obtained proprietary or other confidential information of a non-public nature, that, if known to such other client, could be used in the other matter by such client to Rainbow's material disadvantage. Rainbows should know that, in similar engagement letters with many of our other clients, we have asked for similar agreements to preserve our ability to represent Rainbows.

     4.    <u>Further Questions.</u> The lawyer-client relationship is one of mutual trust and confidence. We strive to see that our client's are satisfied not only with our services but also with the reasonableness of the fees and disbursements charged for those services. Whenever you have any questions or comments regarding our services, or the status of the Rainbow' file(s), or whenever any new facts or considerations come to your attention, you should contact the lawyer with whom you are working, or Douglas L. Stanley, the Managing Partner of the Firm. We also encourage you to inquire about any matter relating to our fee arrangements or monthly statements that are in any way unclear or appear unsatisfactory.

     Should you decide not to use our legal services, a bill will be forwarded to you for all work done to date, and we will consider the file closed. This letter should be retained for your files.

     We appreciate your considering us as your legal counsel.

               Very truly yours,

               FOULSTON SIEFKIN LLP

cc:  Mr. Ed Nazar (w/encl)

# FOULSTON ▊ SIEFKIN LLP

ATTORNEYS AT LAW

## RAINBOWS UNITED, INC.

## Standard Terms of Engagement

This document sets forth the standard terms of our engagement as your lawyers. Unless modified in writing by mutual agreement, these terms will be an integral part of our agreement with you. Therefore, we ask that you review this document carefully and contact us promptly if you have any questions. You should retain this document in your file.

### 1.    Charges

#### 1.1.    Professional fees

Unless otherwise specified in writing to you, our fees will be principally based upon the amount of time we spend on your matter. We will, however, take other factors permitted or required under the ethical rules that govern our practice into consideration in determining our fee.

We charge time for lawyers, legal assistant staff and some support staff.

We will record time spent on your work in one-tenth of an hour (six-minute) units. Each unit represents work done for all, or any part, of a six-minute period.

Currently our hourly billing rates range from $160 to $450 for our attorneys, and $110 to $180 for those legal assistants and analysts who are likely to be involved on your matter.

#### 1.2.    Expenses

We will charge you at cost for direct expenses we incur on your behalf doing your work, unless otherwise specified to you in writing. In our discretion, direct expenses will be billed directly to you by third party service providers.

We reserve the right to make and retain, at your expense, copies of all documents generated or received by us in the course of our representation of you.

#### 1.3.    Office services

We reserve the right to charge you, at our cost, for certain office services that we use or supply to you to do your work, such as messenger and delivery service, long distance and telecopy, document production, facsimiles and CD/DVD/VHS reproductions.

We currently charge the Internal Revenue Service allowance for mileage, and 15 cents per photocopy page. We regularly examine our costs and periodically modify all of our support charges.

#### 1.4.    Secretarial and word processing services

Our fees may include secretarial and word processing services, at $75 per hour, if these services are required outside normal business hours and requested by you in advance.

#### 1.5.    Travel and accommodation

If we need to travel for your work, you agree to pay our reasonable travel and accommodation charges. In addition, work-related travel by our people will be billed at that person's hourly fee or an agreed charge.

#### 1.6.    Estimate of charges

If we give you an estimate of our charges, it is based on the scope of work expected at the time we give you the estimate and it is not binding on us. If the scope of work changes, we will give you a revised estimate.

#### 1.7.    Changes to our charges

We may change our charges from time to time and will notify you of any substantial changes.

### 2.    Retainers

#### 2.1.    Establishment

We have received a retainer from you ("Retainer"), as described in the attached engagement letter. The Retainer will be placed in a trust account on your behalf and is refundable to the extent not subject to disbursement. Unless specifically instructed by you to the contrary, retainers will be placed by us in our unsegregated trust account. Interest earned on that

account is paid to the State Bar of Kansas for its legal services projects for the poor. If specifically instructed by you to place your retainer in a segregated trust account for your benefit, interest accruing on your segregated trust account is credited to you and must be reported by you as interest income for income tax purposes.

## 2.2. Disbursement

The Retainer will be held as an advance to be applied against your fees and costs, and, subject to bankruptcy court conditions as to the terms of disbursement, you expressly authorize us to withdraw from the trust account the sums necessary to pay for services as they are performed and costs as they are incurred.

You will be notified in writing of trust account amounts applied or withdrawn, and you will also be provided with a statement explaining the services rendered and the costs incurred.

We may request additional retainers to cover further services and costs, if circumstances warrant. When our services are completed or terminated, you will receive a final invoice. If there is a balance due to you, the amount will be returned to you after payment of our final invoice.

## 3. Billing Arrangements

### 3.1. Monthly billing

Unless otherwise agreed, we will issue a monthly bill. Our bill is payable when you receive it.

Unless specifically stated in a separate writing, signed by both of us, payment for our services is not contingent upon the outcome of any matter.

### 3.2. Interim statements

In on-going matters, when the amount involved is sufficient to warrant a billing, we customarily submit periodic interim statements for services rendered and disbursements. Interim billings are generally based solely on standard hourly billing rates.

### 3.3. Separate billings for each matter

If we are working on more than one matter for you, you may receive separate billings for each such matter or a combined statement for all matters. If you have a preference for either separate or combined billings, please let us know.

### 3.4. Payment

You agree to pay for legal services we provide at your request regardless of the location or jurisdiction in which those services are provided.

If we act for you, and you have an agreement or understanding with another person (e.g. a lessee, or a party to litigation) that the third party is required to pay our charges (or any part of them), you are still liable to pay our charges.

Payment should be sent directly to the Accounting Department of the Firm in Wichita at 1551 N. Waterfront Parkway, Suite 100, Wichita, Kansas 67206.

### 3.5. Late charge

We reserve the right to add a monthly service charge of 1.5% in the case of late payments.

## 4. Duty of Care

### 4.1. Advice given only to client

Any advice, recommendation or work we provide to you is given solely for your benefit. You agree not to copy or give our work to any other parties without our consent.

We do not accept any duty of care or liability to any other person or entity other than the named client, unless we expressly agree.

Except as specifically agreed by us in writing, our representation of you will not give rise to a lawyer-client relationship between us and any your affiliates, partners, individual members, officers, directors or any other entities or individuals.

### 4.2. Opinions and subsequent developments

Opinions we express about the outcome of a legal matter are necessarily limited by our knowledge of facts at the time opinions are expressed and the law then in effect. Nothing in our engagement and nothing in our statements to you are to be construed as a promise or guarantee about the outcome of your matters.

Unless you engage us after completion of the matter to provide additional advice on issues arising from the matter, we have no continuing obligation to advise you with respect to future legal developments that may have an impact upon you.

If changes are made to our work, we are not responsible for any loss caused by the changes unless we have specifically approved them.

## 5.    Client Responsibilities

### 5.1.    Be candid and cooperative

You agree that you will provide us with true, complete, candid, accurate and timely information and instructions and acknowledge that a failure to do so may result in a loss being caused to you or another party.

### 5.2.    Be available

You will be available to confer with us and will keep us advised of your current address, telephone number and email address.

### 5.3.    Pay our bills

You will pay our bills promptly.

## 6.    Conclusion of Our Representation

### 6.1.    Final statement

Our representation of you will end upon our sending of a final statement for services rendered in this matter. Termination of our engagement will not affect your responsibility to pay for legal services rendered and all costs incurred up to the date of termination, and for any further work required of us in order to facilitate an orderly turnover of matters in process at the time of termination.

### 6.2.    By you

You may end our engagement by giving us written notice at any time. If you do this, our engagement is ended from the date we receive your written notice. If you end our engagement, you must pay our charges up to the date we received your written notice.

### 6.3.    By the firm

We may end our engagement by giving you written notice for any of the following reasons:

- you do not pay our bills or you fail to pay funds to us in advance of future costs as requested;

- you do not provide us with adequate or timely instructions; or

- an actual or potential conflict of interest arises that we believe requires us to end our engagement; or

- any other reasonable cause.

### 6.4.    Retention of your documents

Non-public information you have supplied to us and which is retained by us will be kept confidential in accordance with applicable rules of professional conduct.

At your request, your papers and property will be returned to you promptly upon receipt of payment for outstanding fees and costs. We will retain our files pertaining to the matter.

If you would like to make copies of our files, you or your new lawyer can arrange to make copies of all our papers that we believe are necessary to continued representation. You will be charged any additional cost of copying, including professional fees for time expended in reviewing files to be copied.

We reserve the right to destroy or otherwise dispose of any such documents or other materials retained by us within a reasonable time after the termination of our engagement.

## 7.    Electronic Communications

Electronic communications, including email, may be intercepted, redirected, or read by third parties, including other parties who may have access to your computer and by individuals who are not intended recipients but who have legitimate access to the computer system of the sender or recipient. This may occur without the knowledge of either the sender or the intended recipient.

Although we have encryption and other electronic communication security in place, you acknowledge and accept the risks that electronic communications may not always be secure. Unless you request us to do otherwise, we may communicate with you electronically, including by email.

## 8.    Privacy Policy

Subject to the rules of professional conduct governing confidentiality, Foulston Siefkin collects and may share information relating to you and your work in order to conduct its business, to provide and market our services and to meet our legal obligations.



**Rainbows United, Inc.**
**Conflicts Disclosure**

## CURRENT CLIENTS FOR WHICH SERVICES HAVE BEEN RENDERED SINCE JANUARY 1, 2009:

Blue Cross Blue Shield of Kansas
Child Start Inc
Delta Dental Plan of KS Inc
Emprise Bank
FedEx
Gossen Livingston Associates
Greater Wichita YMCA
Intrust Bank NA
Mental Health Association of South Central Kansas
Mid-Kansas Community Action Program, Inc.
The Waldinger Corporation
Wichita State University
WDM Architects P.A. (aka Wilson Darnell Mann, P.A.)


## FORMER CLIENTS OR CLIENTS FOR WHICH NO WORK HAS BEEN PERFORMED SINCE JANUARY 1, 2009

ADT Security Systems Inc
Allen Gibbs Houlik LC
Alltel Corporation
AT&T
Colonial Insurance Co
Communities in Schools
Cox Communications - Kansas
EMPAC Inc.
Extra Space Storage LLC
Futures Unlimited
The Home Depot
Kroger Company
Dillon Companies, Inc.
KWCH TV Channel 12
Lowe's Companies Inc
Philadelphia Insurance Company
Provident Life & Accident Ins
Becky Weber (aka Rebecca Weber)
SCKESC (aka South Central Kansas Health Insurance Group)
Shields Electricon, Inc.
Southwest Paper Company

United Way of the Plains
U.S.D. 259
Wesley Medical Center
Wichita Children's Home
Wright Express

## ADVERSE/INTERESTED PARTIES IN MATTERS INVOLVING OR WHICH INVOLVED FIRM CLIENTS

Advance Insurance Company
Allen Gibbs Houlik LC
Alltel Corporation
American Electric Company
AT&T
Black Hills Corp.
Brian Johnson (may not be same party)
Butler County Special Education
Colonial Insurance Co
Countryside Lawn & Tree Service
Cox Communications – Kansas
Docuplex
Emprise Bank
Fahnestock Heating Air Cond. Electric
Gorges & Company
Gossen Livingston Associates
Image Quest
Internal Revenue Service
Jessica Moreno
Kansas Department of Revenue
Kansas Gas Service
Kronos
Maria Mejia
Maria Garrett
NCO Financial Systems Inc
Office Depot
Office Installation Co.
Patricia Unruh (may not be same person)
Patricia Smith (may not be same person)
Rusty Eck
Sam's Club
School Specialty
Sedgwick County Treasurer
Shirley Fisher
Tanita Caldwell
The Opportunity Project
U.S. Bancorp

Vicki Smith (Victoria Smith – may not be same person)
Waste Management
Westar Energy

## BOARD MEMBERS WHO ARE CLIENTS OF THE FIRM

M. Drayton Alldritt (former Board member)

REDMOND & NAZAR, L.L.P.
245 North Waco, Suite 402
Wichita, Kansas 67202-1117
316-262-8361

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF KANSAS

IN RE:

RAINBOWS UNITED, INC.

               Debtor-in-Possession

Case No. 09-12457
Chapter 11

**FILED ELECTRONICALLY**

### FINAL ORDER AUTHORIZING DEBTOR-IN-POSSESSION TO EMPLOY
### SPECIAL COUNSEL *NUNC PRO TUNC* TO PETITION DATE

At Wichita, Kansas, this matter comes on for authority to employ special counsel, and the

Court finds that the matter can be ruled upon without notice or hearing; and the Court finds that the

relief prayed for should be granted for the reasons set forth in the Application.

1.      Movant seeks to engage Foulston Siefkin LLP for engagement of professional services *nunc pro tunc* to the petition date under the provisions of 11 U.S.C. §327(e).

2.      These professional services would include representation of the Debtor in employment law issues, general corporate business, and negotiations with the Internal Revenue Service for unpaid taxes.

3.      The Debtor is desirous of engaging Foulston Siefkin LLP as special counsel for representation of the Debtor in employment law issues, general corporate business, and negotiations with the Internal Revenue Service for unpaid taxes.

4.      The services and rates of Foulston Siefkin LLP are more fully set forth on the engagement letter attached hereto.

In the United States Bankruptcy Court for the District of Kansas
IN RE:   Rainbows United, Inc.
          Bankruptcy Case No. 09-12457-11
          Order Authorizing Debtor-in-Possession To Employ Special Counsel *Nunc Pro Tunc* to Petition Date
Page 2 _____

5.      The appointment of Foulston Siefkin LLP to represent the Debtor is not prohibited by law
        or any other legal impediment.

6.      A retainer of $20,000.00 was received by Foulston Siefkin LLP.  The check was dated July
        30, 2009 and deposited on August 3, 2009.  The sum of $16,011.00 was applied to pre-
        petition activity that occurred within ten days before the filing of the petition.  The balance
        of $3,989.00 will be retained for the post-petition period.

7.      Foulston Siefkin LLP shall be engaged under the terms and conditions as set forth on the
        attached exhibit.  Eighty percent (80%) of the allowed fees and one hundred percent (100%)
        of the expenses will be paid monthly as authorized by the Court.  The remaining twenty
        percent (20%) of requested fees will be held in escrow pending approval in accordance with
        11 U.S.C. §331 for payments every one hundred twenty (120) days or until confirmation of
        the case.

        IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the Debtor-in-

Possession be authorized to employ Foulston Siefkin LLP as its special counsel upon the above and

foregoing terms of compensation subject to approval by the Court.

                                    # # #

APPROVED BY:

REDMOND & NAZAR, L.L.P.


 /s/Edward J. Nazar
Edward J. Nazar, #09845
Attorney for Debtor-in-Possession
245 North Waco, Suite 402
Wichita, Kansas 67202-1117
316-262-8361 / 316-263-0610 fax
ebn1@redmondnazar.com

rk

Label Matrix for local noticing
1083-6
Case 09-12457
District of Kansas
Wichita
Tue Aug 11 10:23:06 CDT 2009

Emprise Bank
257 North Broadway
PO Box 2970
Wichita, KS 67201-2970

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 21126
PHILADELPHIA PA 19114-0326

Rainbows United Inc
340 South Broadway
Wichita, KS 67202-4426

US Attorney
301 N Main #1200
Wichita, KS 67202-4812

Wichita Children's Home
810 Holyoke
Wichita, KS 67208-3099

Wichita Headquarter Office
167 US Courthouse
401 North Market
Wichita, KS 67202-2089

ADT Security Services Inc
PO Box 371956
Pittsburg PA 15250-7956

AIU Holdings
22427 Network Place
Chicago IL 60673-1224

ATT
PO Box 5001
Carol Stream IL 60197-5001

ATT Advertising  Publishing
PO Box 5010
Carol Stream IL 60197-5010

Adaptivemallcom LLC
Bergeron Health Care
15 Second Street
Dolgeville NY 13329-1307

Advacare Medical Corp
938A Oliver St
Wichita KS 67218-3216

Advance Insurance Company
PO Box 2517
Topeka KS
66601-2517

Advocate Care Services Inc
PO Box 91
Rose Hill KS 67133-0091

Aimee VanWinkle
223 N Lee
Clearwater KS 67026-7804

Allen Gibbs & Houlik LC
301 N Main St Ste 1700
Wichita KS 67202-4817

Allison Martin
3821 Watercress Ct
Maize KS 67101-3739

Alltel
PO Box 9001905
Louisville KY 40290-1905

American Electric Company
PO Box 978
Columbia MO 65205-0978

Ampco System Parking
Attn Lot 7719
155 N Market 455
Wichita KS 67202-1826

Amy Farrell
500 W Ness
Valley Center KS 67147-4921

Amy Finley
300 Grover
Wichita KS 67217-5924

Angela Henderson
3850 W 2nd
Wichita KS 67203-5217

Angie Elam
3253 S Clifton
Wichita KS 67216-2716

Aquarium in Old Town Inc
1001 E Douglas
Wichita KS 67211-1601

Ashlee D McCoy
1804 E Osage Apt Q7
Derby KS 67037-8862

Barrett DeBusk
727 Canyon Rd
Santa Fe NM 87501-2723

Batteries Plus
7447 W 21st St Ste 133
Wichita KS 67205-1769

Benith MacPherson
38121 S Arroyo Way
Tuscon AZ 85739-3071

Beth Nimmo
100 S Ridge Rd Apt 202
Wichita KS 67209-2154

Birch Communications Inc
Dept AT 952855
Atlanta GA 31192-2855

Black Hills Energy
PO Box 4660
Carol Stream IL 60197-4660

Blue Cross Blue Shield of Kansas
PO Box 1402
Topeka KS 66601-1402

Board Source
1828 L Street NW Ste 900
Washington DC 20036-5114

Bobbty L Robinson
1821 Ellis
Wichita KS 67211-4524

BrianTabitha Johnson
1040 N Buckner
Derby KS 67037-1825

Brooke Medlam
303 Wollmann
Moundridge KS 67107-8504

Butler & Associates PA
3706 S Topeka Blvd Ste 300
Topeka KS 66609-1239

Butler County Special Education
124 W Central
El Dorado KS 67042-2138

Calley Z Kinchion
3540 N Inwood Apt 1302
Wichita KS 67226-7802

Calvin Dean Homolka II
200 E 1st Ste 542
Wichita KS 67202-2110

Cara Phillips
5129 E Blake Ct
Wichita KS 67218-5333

Carolyn Hummel
2909 N Oliver Apt 633 A
Wichita KS 67220-2978

Cascade DAFO Inc
1360 Sunset Ave
Ferndale WA 98248-8913

Child Start Inc
1069 S Glendale St
Wichita KS 67218-3293

Christi andor Clay Rothwell
8514 W 15th St
Wichita KS 67212-5803

City of Wichita Water & Sewer
City Hall Ste 802
455 N Main Street
Wichita KS 67202-1600

Colonial Supplemental Ins Co
Premium Processing
P O Box 903
Columbia SC 29202-0903

Communities in Schools
218 E 7th
Newton KS 67114-2701

Contract Furnishings Wichita
114 N St Francis
Wichita KS 67202-2608

Countryside Lawn  Treecare
1630 E 3rd St N
Wichita KS 67214

Cox Communications Kansas
PO Box 21380
Tulsa OK 74121-1380

Custom Concepts LLC
co Heather Kaba
7830 S 143rd East
Derby KS 67037-8819

Dawn Schneider
1625 Winterset
Goddard KS 67052-8486

Delta Dental Plan of KS Inc
co Michael J Herbert
PO Box 789769
Wichita KS 67278

Docuplex Graphics
725 E Bayley
Wichita KS 67211-3308

Docuplex Graphics
co Minter & Pollak
545 N Woodlawn
Wichita KS 67208-3600

Donna Delaney
1440 Tapestry
Goddard KS 67052-9337

Donna E Hoch
229 N Brownthrush
Wichita KS 67212-6121

EH Technical Solutions
P O Box 78560
Wichita KS 67278

EMPAC Inc
300 W Douglas Ste 930
Wichita KS 67202-2912

El Dorado Chamber of Commerce
201 E Central
PO Box 509
El Dorado KS 67042-0509

Emprise Bank
PO Box 2970
Wichita KS 67201-2970

Erin Crabtree
7650 E 32nd St N
Wichita KS 67226-1285

Erin E Purdon
8406 E Harry Apt 417
Wichita KS 67207-4681

Extra Space Storage of Wichita
5010 East 21st St N
Wichita KS 67208-1603

Fahnestock Heating Air Cond  Electric
3532 N Comotara
Wichita KS 67226-1303

FedEx
PO Box 94515
Palatine IL 60094-4515

Fonda Barr
1002 S Richmond
Wichita KS 67213-1739

For the Families LLC
PO Box 817
Wichita KS 67201-0817

Foulston Siefkin LLP
Commerce Bank Center
1551 N Waterfront Pkwy
Wichita KS 67206-6609

Futures Unlimited Inc
2410 N A St
Wellington KS 67152-9799

GN Otometrics North America
PO Box 8500-53793
Philadelphia PA 19178-0001

George Bowerman & Noel PA
Epic Center
301 N Main Ste 1350
Wichita KS 67202-4839

Gina Rader
3505 N Valerie Circle
Wichita KS 67205-3410

Ginger K Hopper
243 Frontier
Mulvane KS 67110-1106

Good Samaritan Health Ministries
3701 E 13th St N
Wichita KS 67208-2086

Gordon N Stowe and Associates Inc
586 Palwaukee Drive
Wheeling IL 60090-6041

Gorges  Company
3211 N Webb Rd
Wichita KS 67226-8121

Gossen Livingston Associates Inc
420 S Emporia
Wichita KS 67202-4595

Greater Wichita YMCA
3330 N Woodlawn
Wichita KS 67220-2202

Guadalupe Nave
9130 W Central Park Ct
Wichita KS 67205-2102

HealthTec Software Inc
11550 IH-10 West Ste 235
San Antonio TX 78230-1066

Home Depot Credit Services
PO Box 6031
The Lakes NV 88901-6031

Huntleys Dairy Service
1630 E 37th St N
Wichita KS 67219-3526

IVCI LLC
601 Old Willets Path
Hauppauge NY 11788-4111

Image Quest
11021 E 26th St N
Wichita KS 67226-3387

Image Quest Inc
PO Box 41602
Philadelphia PA 19101-1602

ImageQuest Inc
PO Box 660831
Dallas TX 75266-0831

Imagequest Inc
PO Box 609
Cedar Rapids IA 52406-0609

Institute for Supply Management
PO Box 22160
Tempe AZ 85285-2160

Interhab
Jayhawk Tower
700 SW Jackson Ste 803
Topeka KS 66603-3737

Intrust Bank NA
PO Box 3668
Wichita KS 67201-3668

Intrust Card Center
PO Box 1242
Wichita KS 67201-1242

James Garrett
5102 Kings Row
Wichita KS 67208-4116

Janice S Dixon
1318 Brookfield Lane
Derby KS 67037-2138

Jennifer Shain
619 Edgemoor Dr
Mulvane KS 67110-1313

Jessica Humphries
2150 S Vine
Wichita KS 67213-3474

Jessica Lies
643 S St Paul
Wichita KS 67213-2544

Jessica Moreno
2501 S Hydraulic
Wichita KS 67216-2112

Jessica Peralta
2315 N Somerset Apt 104
Wichita KS 67204-5746

Jimmy Johns
340 N Rock Rd
Wichita KS 67206-2210

KACCRRA
PO Box 2294
1508A E Iron
Salina KS 67401-3236

KSCW
PO Box 48349
Wichita KS 67201-8349

KWCH
PO Box 48349
Wichita KS 67201-8349

Kansas Dept of Revenue
Civil Tax Enforcement
PO Box 12005
Topeka KS 66612-2005

Kansas Gas Service
PO Box 3535
Topeka KS 66601-3535

Kansas Payment Center
PO Box 758599
Topeka KS 66675-8599

Kansas Turnpike Authority
PO Box 780007
Wichita KS 67278-0007

Kansas University Medical Center
Center for Child Health  Development
Kansas City KS 66160-0001

Karen Marshall
2176 S Terrace
Wichita KS 67218-5046

Katherine Demott
245 S Tracey
Clearwater KS 67026-9548

Katy Tra
8841 Hidden Ln
Valley Center KS 67147-7866

Kaye Products Inc
535 Dimmocks Mill Road
Hillsborough NC 27278-2352

Kerri K Dixon
11413 Westport
Wichita KS 67212-7427

Kevin Ross Hays
134 Chapel Drive
Andover KS 67002-9562

Kristine Cooley
3106 S Spicer Dr
Wichita KS 67210-2716

Kroger  Dillon Customer Charges
P O Box 677546
Dallas TX 75267-7546

Kronos
PO Box 845748
Boston MA 02284-5748

LRP Publications
Dept 170-F
PO Box 24668
West Palm Beach FL 33416-4668

LaDonna S Samuel
3324 N Arkansas
Wichita KS 67204-4343

LaShawn Barber
2805 N Parkwood
Wichita KS 67220-4259

LaWana S Wallace
12291 SW 70th St
Andover KS 67002-8318

Lakeshore Learning Materials
2695 Dominguez St
Carson CA 90895-1001

Laurie B Williams Trustee
225 N Market Ste 310
Wichita KS 67202-2024

Lee Price
7720 W Jennie
Wichita KS 67212-3534

Leidy Plumbing  Heating Co Inc
PO Box 16186
Wichita KS 67216-0186

Leslie Stevens
11209 W Central Park Circle
Wichita KS 67205-2052

Levihen LLC
800 E Mt Vernon
Wichita KS 67211-5034

Lisa Schulte
1822 S Prescott
Wichita KS 67209-1272

Little Friends Center for Autism Inc
140 N Wright St
Naperville IL 60540-4748

Lorraine Dold
1607 Western
Wellington KS 67152-4726

Lowes Companies Inc
PO Box 530954
Atlanta GA 30353-0954

Margaret A Domnick
9705 W Britton
Wichita KS 67205-1518

Maria E Hatchett
6743 E Odessa
Wichita KS 67226-1451

Maria M Garrett
5102 Kings Row
Wichita KS 67208-4116

Maria de la Luz Mejia
3156 S Clifton
Wichita KS 67210-1466

Marisela Vaquera
2760 S Hiran
Wichita KS 67217-1826

Mental Health Assn of South Central KS
555 N Woodlawn Ste 3105
Wichita KS 67208-3673

Michele I Marshall
516 N Walnut
Newton KS 67114-2749

Michelle D Goldston Templeton
204 Sandstone Ct
Kechi KS 67067-8711

Mid KS Community Action Program
730 Cliff Dr
Augusta KS 67010-1349

Miracle Recreation Equipment Co
2260 Paysphere
Chicago IL 60674-0022

Models and Images
434 N Oliver Ste 102
Wichita KS 67208-4000

Molly Rainey
1430 James
Derby KS 67037-2181

Mona E Riggs
404 Spencer
Haysville KS 67060-1743

NCO Financial Systems Inc
PO Box 15757
Wilmington DE 19850-5757

Natalie Barnes
4220 E Vista
Wichita KS 67208

Oaktree Products Inc
716 J Crown Industrial Court
Chesterfield MO 63005-1145

Office Depot Credit Plan
PO Box 633211
Cincinnati OH 45263-3211

Office Equipment Finance Services
PO Box 790448
St Louis MO 63179-0448

Office Installation Co
PO Box 608
Hesston KS 67062-0608

Office Max
75 Remittance Dr 2698
Chicago IL 60675-1001

Office Max
Attn Credit
263 Shuman Blvd
Naperville IL 60563-8147

PMA Wichita OBGYN Associates
551 N Hillside Ste 510
Wichita KS 67214-4928

Paige Threlkeld
11015 Cora Circle
Wichita KS 67205-7511

Patricia L Unruh
641 S Quentin
Wichita KS 67218-2027

Patricia Smith
8204 Chalet St
Wichita KS 67207-5203

Patti Horning
1608 Gleneagles Ct
Andover KS 67002-9261

Philadelphia Insurance Co
PO Box 70251
Philadelphia PA 19176-0251

Plak Smacker
13177 Collections Center Drive
Chicago IL 60693-0131

Prairie Fire Coffee
10821 E 26th Street North
Wichita KS 67226-4524

Promo Depot Inc
7570 W 21st North
Bldg 1006 Ste C
Wichita KS 67205-1734

Provident Life and Accident Insurance Co
PO Box 740592
Atlanta GA 30374-0592

Quill Corporation
PO Box 37600
Philadelphia PA 19101-0600

Rebecca L Erickson
1333 Split Rail Ct
Derby KS 67037-2846

Rebecca McBroom
4927 W 9th St N
Wichita KS 67212-2669

Rebecca S Weber
6230 E 41st St N Circle
Wichita KS 67220

Rusty Eck Ford Quick Lane
353 S Armour
Wichita KS 67207-1022

SCKESC
13939 Diagonal Rd
PO Box 160
Clearwater KS 67026-0160

Samantha Kelly
3934 Jasmine Dr
Wichita KS 67226-3517

Sams Club Direct
PO Box 530930
Atlanta GA 30353-0930

Sarah A Linn
1446 N Gow
Wichita KS 67203-1640

Sarah McDaniel
12223 W Briarwood Circle
Wichita KS 67235-9703

Savory Bites
Melissa Scapa
2209 S White Cliff Lane
Wichita KS 67207-5453

Schmidt Mobile Power Wash
320 S E 48th
Newton KS 67114-9351

School Specialty Inc
MB Unit 67-3106
Milwaukee WI 53268-0001

Sedgwick County Treasurer Office
PO Box 2930
Wichita KS 67201-2930

Sharri A Penrod
2445 N Ridgewood Dr
Wichita KS 67220-4006

Shawna Hinkle
139 N Gorin
Clearwater KS 67026-7802

Shields Electricon Inc
1409 S Bebe
PO Box 9376
Wichita KS 67277-0376

Shirley Fisher
2655 N Fountain
Wichita KS 67220-2541

Southwest Paper
3930 N Bridgeport Circle
Wichita KS 67219-3322

Stephen C Roecker
924 Emmaline
Newton KS 67114-2648

Sumner Mental Health Center
PO Box 607
1601 West 16th St
Wellington KS 67152-8125

Superior Computer Supply
2355 S Edwards Ste A
Wichita KS 67213-1894

Tanita Caldwell
1709 S Derrick Circle
Wichita KS 67207-1727

Target Bank
Business Card Services
PO Box 59228
Minneapolis MN 55459-0228

Target Bank
PO Box 59228
Minneapolis MN 55459-0228

Terry Morrow
415 North Main Street
El Dorado KS 67042

The ARC of Sedgwick County
2919 W 2nd
Wichita KS 67203-5319

The Arnold Group
PO Box 502885
St Louis MO 63150-0001

The Opportunity Project
Charitable Trust
4600 S Clifton
Wichita KS 67216-3063

The Waldinger Corporation
1630 S Baehr
Wichita KS 67209-2702

U.S. Trustee
Office of the United States Trustee
301 North Main Suite 1150
Wichita, KS 67202-4811

UKSM W Medical Practice Association
1010 N Kansas Ste 3049
Wichita KS 67214-3124

US Attorney
1200 EPIC Center
301 N Main
Wichita KS 67202-4800

US Bancorp
1310 Madrid St
Marshall MN 56258-4099

USD 259
201 N Water
Wichita KS 67202-1292

United Way of the Plains
245 N Water
Wichita KS 67202-1201

Unum Provident Life and Accident Ins Co
1 Fountain Square
Chattanooga TN 37402-1330

Victoria Smith
153 N Glendale 3
Wichita KS 67208-4025

Virginia Voegeli
168 S Forestview Ct
Wichita KS 67235-8227

WalMart Community BRC
PO Box 530933 Dept 87
Atlanta GA 30353-0933

Waste Management of Wichita
PO Box 9001054
Louisville KY 40290-1054

Wesley Medical Center LLC
Attn Misc Receivables
550 N Hillside
Wichita KS 67214-4976

Westar Energy
PO Box 758500
Topeka KS 66675-8500

Wichita Child Guidance Center
415 N Poplar
Wichita KS 67214-4595

Wichita Children's Home
Accounting Office
810 N Holyoke
Wichita KS 67208

Wichita State University
Center for Research  Eval Services
Wichita KS 67260-0123

Williams Billingsley
152 N Wabash
Wichita KS 67214

Wilson Darnell Mann PA
105 N Washington
Wichita KS 67202-2815

Wright Express
Fleet Fueling
PO Box 6293
Carol Stream IL 60197-6293

Yellow Book West
Receivable Accounting Dept
2201 Renaissance Blvd
King of Prussia PA 19406-2785

Edward J Nazar
245 North Waco
Ste 402
Wichita, KS 67202-1117

Nicholas R Grillot
Redmond & Nazar, LLP
245 N. Waco, Suite 402
Wichita, KS 67202-1117

        The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
        by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Internal Revenue Service
271 W 3rd St N Ste 3000
Stop 5333 WIC
Wichita, KS 67202

(d)Internal Revenue Service
271 W 3rd St N Ste 3000
Stop 5333 WIC
Wichita KS 67202

        The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Lafarge North America, Inc.

(u)South Central Kansas Education Center

(u)USD 259

(d)Internal Revenue Service
Centralized Insolvency Operations
P O Box 21126
Philadelphia PA 19114-0326

(u)Leah Doyle

End of Label Matrix
Mailable recipients    216
Bypassed recipients      5
Total                  221