REDMOND & NAZAR, L.L.P.
245 N. Waco, Ste 402
Wichita, KS  67202-1117
316-262-8361

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| RAINBOWS UNITED, INC | ) | Case No. 09-12457 |
| | ) | Chapter 11 |
| | ) | |
| _____Debtor(s)._____ | ) | |

### *DEBTOR'S  AMENDMENTS TO SCHEDULES F & G*

COMES NOW, the Debtor, by and through its counsel of record, Edward J. Nazar of Redmond & Nazar, L.L.P., and hereby amend the Schedules F & G and the creditor matrix herein as follows:

### AMENDMENT TO SCHEDULE F - UNSECURED NONPRIORITY CLAIMS

| Name & Address of Creditor | Amount | Remarks |
|---|---|---|
| Valarie "Diane" Greenleaf<br>248 N. Clifton<br>Wichita, KS 67208 | Unknown | *Contingent |

### AMENDMENT TO SCHEDULE G - EXECUTORY CONTRACTS

| Party to Contract | Type of Contract |
|---|---|
| Valarie "Diane Greenleaf<br>248 N. Clifton<br>Wichita, KS 67208 | Dietitian Services |
| Waste Management<br>4330 W 31st St S<br>Wichita, KS 67220 | Commercial Service Agreement<br>For Non-Hazardous Waste<br>Dated - 12/16/08 |

I, the undersigned, declare under penalty of Perjury that I have read the answers to the foregoing amendments to Schedules F & G and that they are true and correct to the best of my knowledge, information and belief.

 8/14/09
Dated

/s/ Steve Cox
Steve Cox, Chairman of the Board

REDMOND & NAZAR, L.L.P.

/s/ Edward J. Nazar
Edward J. Nazar, #09845
245 N. Waco, Ste 402
Wichita, Kansas 67202-1117
(316) 262-8361 - Phone
(316) 263-0610 - Facsimile
ebn1@redmondnazar.com
Counsel for debtors

## CERTIFICATE OF MAILING

I, the undersigned, hereby certifies that the attached Amendments to Schedules F & G, together with the Notice of Amended Schedules D, E, F, G, or H was mailed electronically or by First Class United States Mail, postage prepaid, on the 18th day of August, 2009, to the interested parties listed in the amendments above and the creditor matrix attached hereto.

/s/ Allison Winkle
Allison Winkle
Legal Assistant to Edward J. Nazar

Label Matrix for local noticing
1083-6
Case 09-12457
District of Kansas
Wichita
Tue Aug 18 08:42:52 CDT 2009

Emprise Bank
257 North Broadway
PO Box 2970
Wichita, KS 67201-2970

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 21126
PHILADELPHIA PA 19114-0326

Rainbows United Inc
340 South Broadway
Wichita, KS 67202-4426

US Attorney
301 N Main #1200
Wichita, KS 67202-4812

Wichita Children's Home
810 Holyoke
Wichita, KS 67208-3099

Wichita Headquarter Office
167 US Courthouse
401 North Market
Wichita, KS 67202-2089

ADT
3450 N Rock Rd No 200
Wichita KS 67226-1327

ADT Security Services Inc
PO Box 371956
Pittsburg PA 15250-7956

AIU Holdings
22427 Network Place
Chicago IL 60673-1224

AT&T Yellow Pages
2024 Woodlawn St
Wichita KS 67208-1870

ATT
PO Box 5001
Carol Stream IL 60197-5001

ATT Advertising  Publishing
PO Box 5010
Carol Stream IL 60197-5010

Adaptivemallcom LLC
Bergeron Health Care
15 Second Street
Dolgeville NY 13329-1307

Advacare Medical Corp
938A Oliver St
Wichita KS 67218-3216

Advance Insurance Company
PO Box 2517
Topeka KS
66601-2517

Advocate Care Services Inc
PO Box 91
Rose Hill KS 67133-0091

Aimee VanWinkle
223 N Lee
Clearwater KS 67026-7804

Allen Gibbs & Houlik LC
301 N Main St Ste 1700
Wichita KS 67202-4817

Allison Martin
3821 Watercress Ct
Maize KS 67101-3739

Alltel
One Allied Drive
Little Rock AR 72202-2099

Alltel
PO Box 9001905
Louisville KY 40290-1905

American Electric Company
PO Box 978
Columbia MO 65205-0978

Ampco System Parking
Attn Lot 7719
155 N Market 455
Wichita KS 67202-1826

Amy Farrell
500 W Ness
Valley Center KS 67147-4921

Amy Finley
300 Grover
Wichita KS 67217-5924

Angela Henderson
3850 W 2nd
Wichita KS 67203-5217

Angie Elam
3253 S Clifton
Wichita KS 67216-2716

Aquarium in Old Town Inc
1001 E Douglas
Wichita KS 67211-1601

Ashlee D McCoy
1804 E Osage Apt Q7
Derby KS 67037-8862

Barrett DeBusk
727 Canyon Rd
Santa Fe NM 87501-2723

Batteries Plus
7447 W 21st St Ste 133
Wichita KS 67205-1769

Benith MacPherson
38121 S Arroyo Way
Tuscon AZ 85739-3071

Beth Nimmo
100 S Ridge Rd Apt 202
Wichita KS 67209-2154

Birch Communications Inc
Dept AT 952855
Atlanta GA 31192-2855

Black Hills Energy
PO Box 4660
Carol Stream IL 60197-4660

Blue Cross Blue Shield of Kansas
PO Box 1402
Topeka KS 66601-1402

Board Source
1828 L Street NW Ste 900
Washington DC 20036-5114

Bobbty L Robinson
1821 Ellis
Wichita KS 67211-4524

BrianTabitha Johnson
1040 N Buckner
Derby KS 67037-1825

Brooke Medlam
303 Wollmann
Moundridge KS 67107-8504

Business Protection Equipment Corp
957 W 29th St N
PO Box 4011
Wichita KS 67204-0011

Butler & Associates PA
3706 S Topeka Blvd Ste 300
Topeka KS 66609-1239

Butler County Special Education
124 W Central
El Dorado KS 67042-2138

CIRUS Water Company
4430 W 29th Circle S
Wichita KS 67215-1018

Calley Z Kinchion
3540 N Inwood Apt 1302
Wichita KS 67226-7802

Calvin Dean Homolka II
200 E 1st Ste 542
Wichita KS 67202-2110

Cara Phillips
5129 E Blake Ct
Wichita KS 67218-5333

Carolyn Hummel
2909 N Oliver Apt 633 A
Wichita KS 67220-2978

Carolyn Nelson
Childrens Developmental Services
Curtis State Office Bldg
1000 SW Jackson Ste 220
Topeka KS 66612-1274

Cascade DAFO Inc
1360 Sunset Ave
Ferndale WA 98248-8913

Catholic Charities Inc
437 N Topeka St
Wichita KS 67202-2413

Chad VonAhen
Sedgwick Co Developmental Disability Org
615 N Main
Wichita KS 67203-3602

Child Start Inc
1069 S Glendale St
Wichita KS 67218-3293

Christi andor Clay Rothwell
8514 W 15th St
Wichita KS 67212-5803

Church of the Cross
2901 W Taft
Wichita KS 67213-2304

City of Wichita Water & Sewer
City Hall Ste 802
455 N Main Street
Wichita KS 67202-1600

Coffee Time
1857 N Mosley
Wichita KS 67214-1347

Colonial Supplemental Ins Co
Premium Processing
P O Box 903
Columbia SC 29202-0903

Communities in Schools
218 E 7th
Newton KS 67114-2701

Contract Furnishings Wichita
114 N St Francis
Wichita KS 67202-2608

Countryside Lawn & Tree Care
1630 E 37th St N
Wichita KS 67219

Cox Business
801 E Douglas Ave
Wichita KS 67202-3507

Cox Communications Kansas
PO Box 21380
Tulsa OK 74121-1380

Custom Concepts LLC
co Heather Kaba
7830 S 143rd East
Derby KS 67037-8819

Dawn Schneider
1625 Winterset
Goddard KS 67052-8486

Delta Dental Plan of KS Inc
co Michael J Herbert
PO Box 789769
Wichita KS 67278

Diane Alexander
Childrens Developmental Services
Curtis State Office Bldg
1000 SW Jackson
Topeka KS 66612-1300

Docuplex Graphics
725 E Bayley
Wichita KS 67211-3308

Docuplex Graphics
co Minter & Pollak
545 N Woodlawn
Wichita KS 67208-3600

Donna Delaney
1440 Tapestry
Goddard KS 67052-9337

Donna E Hoch
229 N Brownthrush
Wichita KS 67212-6121

EH Technical Solutions
P O Box 78560
Wichita KS 67278

EMPAC Inc
300 W Douglas Ste 930
Wichita KS 67202-2912

Ecolab
PO Box 6007
Grand Forks ND 58206-6007

El Dorado Chamber of Commerce
201 E Central
PO Box 509
El Dorado KS 67042-0509

Emprise Bank
PO Box 2970
Wichita KS 67201-2970

Erin Crabtree
7650 E 32nd St N
Wichita KS 67226-1285

Erin E Purdon
8406 E Harry Apt 417
Wichita KS 67207-4681

Extra Space Storage of Wichita
5010 East 21st St N
Wichita KS 67208-1603

Fahnestock Heating Air Cond  Electric
3532 N Comotara
Wichita KS 67226-1303

FedEx
PO Box 94515
Palatine IL 60094-4515

Fonda Barr
1002 S Richmond
Wichita KS 67213-1739

For the Families LLC
PO Box 817
Wichita KS 67201-0817

Foulston Siefkin LLP
Commerce Bank Center
1551 N Waterfront Pkwy
Wichita KS 67206-6609

Futures Unlimited Inc
2410 N A St
Wellington KS 67152-9799

GN Otometrics North America
PO Box 8500-53793
Philadelphia PA 19178-0001

Gary Ruedebusch Inc
8715 Overbrook
Wichita KS 67206-2434

Gayle M Struber
KS State Dept of Education
120 SW 19th Ave
Topeka KS 66612-1182

George Bowerman & Noel PA
Epic Center
301 N Main Ste 1350
Wichita KS 67202-4839

Gina Rader
3505 N Valerie Circle
Wichita KS 67205-3410

Ginger K Hopper
243 Frontier
Mulvane KS 67110-1106

Glenda L Wilcox
Child Start Early Childhood Program
1069 S Glendale St
Wichita KS 67218-3203

Good Samaritan Health Ministries
3701 E 13th St N
Wichita KS 67208-2086

Gordon N Stowe and Associates Inc
586 Palwaukee Drive
Wheeling IL 60090-6041

Gorges  Company
3211 N Webb Rd
Wichita KS 67226-8121

Gossen Livingston Associates Inc
420 S Emporia
Wichita KS 67202-4595

Greater Wichita YMCA
3330 N Woodlawn
Wichita KS 67220-2202

Guadalupe Nave
9130 W Central Park Ct
Wichita KS 67205-2102

HealthTec Software Inc
11550 IH-10 West Ste 235
San Antonio TX 78230-1066

Home Depot Credit Services
PO Box 6031
The Lakes NV 88901-6031

Huntleys Dairy Service
1630 E 37th St N
Wichita KS 67219-3526

IVCI LLC
601 Old Willets Path
Hauppauge NY 11788-4111

Image Quest
11021 E 26th St N
Wichita KS 67226-3387

Image Quest Inc
PO Box 41602
Philadelphia PA 19101-1602

ImageQuest Inc
PO Box 660831
Dallas TX 75266-0831

Imagequest Inc
PO Box 609
Cedar Rapids IA 52406-0609

Institute for Supply Management
PO Box 22160
Tempe AZ 85285-2160

Interhab
Jayhawk Tower
700 SW Jackson Ste 803
Topeka KS 66603-3737

Intrust Bank NA
PO Box 3668
Wichita KS 67201-3668

Intrust Card Center
PO Box 1242
Wichita KS 67201-1242

J Russell Jennings
Justice Juvenile Authority
714 SW Jackson Ste 300
Topeka KS 66603-3722

Jae A Pierce-Baba
12206 Ridgepoint
Wichita KS 67235

James Garrett
5102 Kings Row
Wichita KS 67208-4116

Janice S Dixon
1318 Brookfield Lane
Derby KS 67037-2138

Jennifer Shain
619 Edgemoor Dr
Mulvane KS 67110-1313

Jessica Humphries
2150 S Vine
Wichita KS 67213-3474

Jessica Lies
643 S St Paul
Wichita KS 67213-2544

Jessica Moreno
2501 S Hydraulic
Wichita KS 67216-2112

Jessica Peralta
2315 N Somerset Apt 104
Wichita KS 67204-5746

Jim Redmond
KS Children Cabinet & Trust Fund
Landon State Office Bldg
900 SW Jackson St Rm 152
Topeka KS 66612-1246

Jimmy Johns
340 N Rock Rd
Wichita KS 67206-2210

KACCRRA
PO Box 2294
1508A E Iron
Salina KS 67401-3236

KONE Inc
One Kone Court
Moline IL 61265-1380

KSCW
PO Box 48349
Wichita KS 67201-8349

KWCH
PO Box 48349
Wichita KS 67201-8349

Kansas Dept of Revenue
Civil Tax Enforcement
PO Box 12005
Topeka KS 66612-2005

Kansas Gas Service
PO Box 3535
Topeka KS 66601-3535

Kansas Payment Center
PO Box 758599
Topeka KS 66675-8599

Kansas Turnpike Authority
PO Box 780007
Wichita KS 67278-0007

Kansas University Medical Center
Center for Child Health  Development
Kansas City KS 66160-0001

Karen Marshall
2176 S Terrace
Wichita KS 67218-5046

Katherine Demott
245 S Tracey
Clearwater KS 67026-9548

Katy Tra
8841 Hidden Ln
Valley Center KS 67147-7866

Kaye Products Inc
535 Dimmocks Mill Road
Hillsborough NC 27278-2352

Kerri K Dixon
11413 Westport
Wichita KS 67212-7427

Kevin Ross Hays
134 Chapel Drive
Andover KS 67002-9562

Kim Moore
United Methodist Health Ministry Fund
100 E 1st Ave PO Box 1384
Hutchinson KS 67504-1384

Kristine Cooley
3106 S Spicer Dr
Wichita KS 67210-2716

Kroger  Dillon Customer Charges
P O Box 677546
Dallas TX 75267-7546

Kronos
PO Box 845748
Boston MA 02284-5748

LRP Publications
Dept 170-F
PO Box 24668
West Palm Beach FL 33416-4668

LaDonna S Samuel
3324 N Arkansas
Wichita KS 67204-4343

LaShawn Barber
2805 N Parkwood
Wichita KS 67220-4259

LaWana S Wallace
12291 SW 70th St
Andover KS 67002-8318

Lafarge North America, Inc.
c/o Cal Wiebe, its attorney
151 S. Whittier, Suite 1100
Wichita, KS 67207-1063

Lakeshore Learning Materials
2695 Dominguez St
Carson CA 90895-1001

Laurie B Williams Trustee
225 N Market Ste 310
Wichita KS 67202-2024

Lee Price
7720 W Jennie
Wichita KS 67212-3534

Leidy Plumbing  Heating Co Inc
PO Box 16186
Wichita KS 67216-0186

Leslie Stevens
11209 W Central Park Circle
Wichita KS 67205-2052

Levihen LLC
800 E Mt Vernon
Wichita KS 67211-5034

Lisa Schulte
1822 S Prescott
Wichita KS 67209-1272

Little Friends Center for Autism Inc
140 N Wright St
Naperville IL 60540-4748

Lorraine Dold
1607 Western
Wellington KS 67152-4726

Lowes Companies Inc
PO Box 530954
Atlanta GA 30353-0954

Margaret A Domnick
9705 W Britton
Wichita KS 67205-1518

Maria E Hatchett
6743 E Odessa
Wichita KS 67226-1451

Maria M Garrett
5102 Kings Row
Wichita KS 67208-4116

Maria de la Luz Mejia
3156 S Clifton
Wichita KS 67210-1466

Marisela Vaquera
2760 S Hiran
Wichita KS 67217-1826

Mental Health Assn of South Central KS
555 N Woodlawn Ste 3105
Wichita KS 67208-3673

Michele I Marshall
516 N Walnut
Newton KS 67114-2749

Michelle D Goldston Templeton
204 Sandstone Ct
Kechi KS 67067-8711

Mid KS Community Action Program
730 Cliff Dr
Augusta KS 67010-1349

Miracle Recreation Equipment Co
2260 Paysphere
Chicago IL 60674-0022

Models and Images
434 N Oliver Ste 102
Wichita KS 67208-4000

Molly Rainey
1430 James
Derby KS 67037-2181

Mona E Riggs
404 Spencer
Haysville KS 67060-1743

NCO Financial Systems Inc
PO Box 15757
Wilmington DE 19850-5757

Natalie Barnes
4220 E Vista
Wichita KS 67208

Oaktree Products Inc
716 J Crown Industrial Court
Chesterfield MO 63005-1145

Office Depot Credit Plan
PO Box 633211
Cincinnati OH 45263-3211

Office Equipment Finance Services
PO Box 790448
St Louis MO 63179-0448

Office Installation Co
PO Box 608
Hesston KS 67062-0608

Office Max
75 Remittance Dr 2698
Chicago IL 60675-1001

Office Max
Attn Credit
263 Shuman Blvd
Naperville IL 60563-8147

PMA Wichita OBGYN Associates
551 N Hillside Ste 510
Wichita KS 67214-4928

Paige Threlkeld
11015 Cora Circle
Wichita KS 67205-7511

Patricia L Unruh
641 S Quentin
Wichita KS 67218-2027

Patricia Smith
8204 Chalet St
Wichita KS 67207-5203

Patti Horning
1608 Gleneagles Ct
Andover KS 67002-9261

Philadelphia Insurance Co
PO Box 70251
Philadelphia PA 19176-0251

Pitney Bowes
PO Box 856460
Louisville KY 40285-6460

Plak Smacker
13177 Collections Center Drive
Chicago IL 60693-0131

Prairie Fire Coffee
10821 E 26th Street North
Wichita KS 67226-4524

Promo Depot Inc
7570 W 21st North
Bldg 1006 Ste C
Wichita KS 67205-1734

Provident Life and Accident Insurance Co
PO Box 740592
Atlanta GA 30374-0592

Quill Corporation
PO Box 37600
Philadelphia PA 19101-0600

Rebecca L Erickson
1333 Split Rail Ct
Derby KS 67037-2846

Rebecca McBroom
4927 W 9th St N
Wichita KS 67212-2669

Rebecca S Weber
6230 E 41st St N Circle
Wichita KS 67220

Roderick L Bremby
KS Dept of Health and Environment
Curtis State Office Bldg
1000 SW Jackson
Topeka KS 66612-1300

Rusty Eck Ford Quick Lane
353 S Armour
Wichita KS 67207-1022

SCKESC
13939 Diagonal Rd
PO Box 160
Clearwater KS 67026-0160

Samantha Kelly
3934 Jasmine Dr
Wichita KS 67226-3517

Sams Club Direct
PO Box 530930
Atlanta GA 30353-0930

Sarah A Linn
1446 N Gow
Wichita KS 67203-1640

Sarah McDaniel
12223 W Briarwood Circle
Wichita KS 67235-9703

Savory Bites
Melissa Scapa
2209 S White Cliff Lane
Wichita KS 67207-5453

Schmidt Mobile Power Wash
320 S E 48th
Newton KS 67114-9351

School Specialty Inc
MB Unit 67-3106
Milwaukee WI 53268-0001

Sedgwick Co Kansas
Dept of Aging Physical Disabilities Serv
2622 W Central
Wichita KS 67203-4969

Sedgwick County Treasurer Office
PO Box 2930
Wichita KS 67201-2930

Sharri A Penrod
2445 N Ridgewood Dr
Wichita KS 67220-4006

Shawna Hinkle
139 N Gorin
Clearwater KS 67026-7802

Shields Electricon Inc
1409 S Bebe
PO Box 9376
Wichita KS 67277-0376

Shirley Fisher
2655 N Fountain
Wichita KS 67220-2541

Southwest Paper
3930 N Bridgeport Circle
Wichita KS 67219-3322

Stephen C Roecker
924 Emmaline
Newton KS 67114-2648

Sumner Mental Health Center
PO Box 607
1601 West 16th St
Wellington KS 67152-8125

Superior Computer Supply
2355 S Edwards Ste A
Wichita KS 67213-1894

Tanis Olson
USD 259
Alvin E Morris Admin Center
201 N Water 2nd Fl
Wichita KS 67202-1292

Tanita Caldwell
1709 S Derrick Circle
Wichita KS 67207-1727

Target Bank
Business Card Services
PO Box 59228
Minneapolis MN 55459-0228

Target Bank
PO Box 59228
Minneapolis MN 55459-0228

Terry Morrow
415 North Main Street
El Dorado KS 67042

The ARC of Sedgwick County
2919 W 2nd
Wichita KS 67203-5319

The Arnold Group
PO Box 502885
St Louis MO 63150-0001

The Opportunity Project
Charitable Trust
4600 S Clifton
Wichita KS 67216-3063

The Waldinger Corporation
1630 S Baehr
Wichita KS 67209-2702

Thomas L Kohmescher
Futures Unlimited Inc
2410 N A Street
Wellington KS 67152-9799

U.S. Trustee
Office of the United States Trustee
301 North Main Suite 1150
Wichita, KS 67202-4811

UKSM W Medical Practice Association
1010 N Kansas Ste 3049
Wichita KS 67214-3124

US Attorney
1200 EPIC Center
301 N Main
Wichita KS 67202-4800

US Bancorp
1310 Madrid St
Marshall MN 56258-4099

USD 259
201 N Water
Wichita KS 67202-1292

United Way of the Plains
245 N Water
Wichita KS 67202-1201

Unum Provident Life and Accident Ins Co
1 Fountain Square
Chattanooga TN 37402-1330

Verizon
5338 Oporto-Madrid Blvd S
Birmingham AL 35210-9801

Via Christi Therapy
929 N St Francis
Wichita KS 67214-3882

Victoria Smith
153 N Glendale 3
Wichita KS 67208-4025

Virginia Voegeli
168 S Forestview Ct
Wichita KS 67235-8227

WSU Center for Research and Evaluation
1845 Fairmont
Wichita KS 67260-9700

WSU Dept of Psychology
1845 Fairmont
Wichita KS 67260-9700

WalMart Community BRC
PO Box 530933 Dept 87
Atlanta GA 30353-0933

Waste Management
4330 W 31st St S
Wichita KS 67215-1005

Waste Management of Wichita
PO Box 9001054
Louisville KY 40290-1054

Wesley Medical Center LLC
Attn Misc Receivables
550 N Hillside
Wichita KS 67214-4976

Westar Energy
PO Box 758500
Topeka KS 66675-8500

Wichita Child Guidance Center
415 N Poplar
Wichita KS 67214-4595

Wichita Children's Home
Accounting Office
810 N Holyoke
Wichita KS 67208

Wichita State University
Center for Research Eval Services
Wichita KS 67260-0123

Williams Billingsley
152 N Wabash
Wichita KS 67214

Wilson Darnell Mann PA
105 N Washington
Wichita KS 67202-2815

Wright Express
Fleet Fueling
PO Box 6293
Carol Stream IL 60197-6293

YMCA
402 N Market
Wichita KS 67202-2012

Yellow Book West
Receivable Accounting Dept
2201 Renaissance Blvd
King of Prussia PA 19406-2785

Edward J Nazar
245 North Waco
Ste 402
Wichita, KS 67202-1117

Nicholas R Grillot
Redmond & Nazar, LLP
245 N. Waco, Suite 402
Wichita, KS 67202-1117

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Internal Revenue Service
271 W 3rd St N Ste 3000
Stop 5333 WIC
Wichita, KS 67202

(d)Internal Revenue Service
271 W 3rd St N Ste 3000
Stop 5333 WIC
Wichita KS 67202

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Advance Insurance Company of Kansas, Inc.

(u)Blue Cross Blue Shield of Kansas, Inc.

(u)Lafarge North America, Inc.

(u)South Central Kansas Education Center

(u)USD 259

(d)Internal Revenue Service
Centralized Insolvency Operations
P O Box 21126
Philadelphia PA 19114-0326

(u)Leah Doyle

(d)Waldinger Corporation
1630 S Baehr
Wichita KS 67209-2702

End of Label Matrix
Mailable recipients   249
Bypassed recipients     8
Total                 257