Redmond & Nazar, L.L.P.
245 North Waco, Suite 402
Wichita, KS 67202-1117
316-262-8361

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| IN RE:<br><br>RAINBOWS UNITED, INC.<br><br>Debtor-in-Possession | Case No. 09-12457<br>Chapter 11<br><br>**FILED ELECTRONICALLY** |

## APPLICATION BY DEBTOR FOR THE ENGAGEMENT OF
## MARKETING & PUBLIC RELATIONS PROFESSIONAL

COMES NOW, the Debtor, Rainbows United, Inc., a Kansas not-for-profit corporation, hereinafter referred to as "the Debtor", by and through counsel of record, Edward J. Nazar, of Redmond & Nazar, L.L.P., and hereby applies to the Court for approval of the engagement of Bothner & Bradley as the marketing and public relations professional for the Debtor.

In support of the Application, the Debtor hereby states and alleges as follows:

1. On July 30, 2009, the Debtor filed a Voluntary Petition for Relief under Chapter 11 of the Bankruptcy Code.

2. The Debtor operates a non-profit childcare business in Wichita, Kansas.

3. The Debtor continues the possession of its property and operates and manages its business as Debtor-in-Possession, pursuant to the provisions of 11 U.S.C. §1107 and 11 U.S.C. §1108.

4. The Debtor desires to employ Bothner & Bradley as the marketing and public relations professional in this case.

In the United States Bankruptcy Court for the District of Kansas
IN RE:   Rainbows United, Inc.
         Bankruptcy Case No. 09-12457-11
         Application by Debtor for the Engagement of Marketing & Public Relations Professional
Page 2

5. Bothner & Bradley has extensive experience in marketing and public realtions, is familiar with the business and financial affairs of the Debtor, and is qualified to represent it in this case.

6. The professional services rendered by Bothner & Bradley to the Debtor herein include primarily public relations and consultation.

7. The hourly rate currently to be charged by Bothner & Bradley is $150.00 per hour. Bothner & Bradley received a retainer of $15,000.00 for their services. Eighty percent (80%) of the allowed fees and one hundred percent (100%) of the expenses will be paid monthly as authorized by the Court. The remaining twenty percent (20%) of requested fees will be held in escrow pending approval in accordance with 11 U.S.C. §331 for payments every one hundred twenty (120) days or until confirmation of the case.

8. Bothner & Bradley will keep detailed records of any actual and necessary expenses incurred in connection with the rendering of the aforementioned accounting services for which it may seek reimbursement.

9. To the best of the Debtor's knowledge, information and belief, Bothner &Bradley has no connection with the creditors of the Debtor or with any other party in interest herein, their attorneys or accountants. The Debtor further states that Bothner & Bradley has no relationship with it other than in connection with this case. The Debtor submits that its employment of Bothner & Bradley would be in the best interest of the Debtor and its estate.

10. An affidavit executed on behalf of Bothner & Bradley in accordance with the provisions of

In the United States Bankruptcy Court for the District of Kansas
IN RE:  Rainbows United, Inc.
        Bankruptcy Case No. 09-12457-11
        Application by Debtor for the Engagement of Marketing & Public Relations Professional
Page 3

Section 327 of the Bankruptcy Code and F.R.B.P. 2014 is annexed hereto and incorporated herein by reference.  To the Debtor's knowledge, information and belief regarding the matter set forth in the application are based, and made in reliance, upon said Affidavit.

WHEREFORE, the Debtor requests the entry of Order authorizing it to employ Bothner & Bradley as its marketing and public relations professional in this case; and for such other relief as the Court deems just and equitable.

RESPECTFULLY SUBMITTED:

REDMOND & NAZAR, L.L.P.

 /s/Edward J. Nazar
Edward J. Nazar, #09845
Attorneys for the Debtor
245 North Waco, Suite 402
Wichita, Kansas 67202
316-262-8361 / 316-263-0610 fax
ebn1@redmondnazar.com

## AFFIDAVIT

| | |
|---|---|
| STATE OF KANSAS | ) |
| | ) ss: |
| SEDGWICK COUNTY | ) |

I, VERA BOTHNER, of lawful age, being first duly sworn, state:

1. I am the marketing and public relations professional mentioned in the foregoing Application.

2. Affiant is a disinterested party in this matter.

3. Affiant does not hold or represent an interest adverse to the estate.

4. Affiant has inquired to determine that the he does not hold or represent an adverse interest to the estate and are disinterested.

5. Affiant does not have any connections with the Debtor, creditors, any party in interest, their respective attorneys and accountants, the U.S. Trustee, or any person employed in the office of the U.S. Trustee.

6. Affiant understands there is a continuing duty to disclose any adverse interest and change of disinterestedness.

7. Affiant understands that the Court's approval of the Application is not approval of any proposed terms of compensation and under §328(a) the Court may allow compensation on terms difference from those proposed.

8. No agreement or understanding exists between Affiant or any other person for any division or sharing of compensation which is prohibited by statute.

FURTHER AFFIANT SAITH NOT.

BOTHNER & BRADLEY

_____
Vera Bothner
Federal Identification # 65-1213364

SUBSCRIBED AND SWORN to before me this 14th day of August, 2009.

_____
Notary Public

My appointment expires: October 25, 2010

MATTHEW HACKLER
NOTARY PUBLIC
STATE OF KANSAS
My Appt. Exp. 10-25-10

Redmond & Nazar, L.L.P.
245 North Waco, Suite 402
Wichita, KS 67202-1117
316-262-8361

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| IN RE: | Case No. 09-12457 |
| RAINBOWS UNITED, INC. | Chapter 11 |
| Debtor-in-Possession | FILED ELECTRONICALLY |

## FINAL ORDER AUTHORIZING
## ENGAGEMENT OF MARKETING & PUBLIC RELATIONS PROFESSIONAL

This matter comes on for hearing upon the Debtor's Application for the Engagement of Marketing & Public Relations Professional. The Debtor appears by and through counsel of record, Edward J. Nazar, of Redmond & Nazar, L.L.P. There are no other appearances.

WHEREUPON THE COURT FINDS that the matter can be ruled upon without notice or hearing, and the Court finds that the relief requested should be granted for the reasons set forth in the Application.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the Debtor be authorized to employ Bothner & Bradley as its marketing and public relations professional upon the terms of compensation set forth in the Application subject to approval by the Court.

IT IS SO ORDERED.

### # # #

In the United States Bankruptcy Court for the District of Kansas
IN RE:　Rainbow United, Inc.
　　　　Bankruptcy Case No. 09-12457-11
　　　　Order Authorizing Engagement of Marketing & Public Relations Professional
Page 2

APPROVED BY:

REDMOND & NAZAR, L.L.P.


　/s/Edward J. Nazar
Edward J. Nazar, #09845
Attorneys for the Debtor
245 North Waco, Suite 402
Wichita, KS 67202-1117
316-262-8361 / 316-263-0610 fax
ebn1@redmondnazar.com


rk