**SO ORDERED.**

**SIGNED this 04 day of November, 2009.**


_____
**ROBERT E. NUGENT**
**UNITED STATES CHIEF BANKRUPTCY JUDGE**



_____

REDMOND & NAZAR, L.L.P.
245 North Waco, Suite 402
Wichita, Kansas 67202-1117
316-262-8361

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| IN RE: | Case No. 09-12457 |
| RAINBOWS UNITED, INC. | Chapter 11 |
| Debtor-in-Possession | **FILED ELECTRONICALLY** |

### JOURNAL ENTRY AND ORDER WITHDRAWING THE OBJECTION OF
### SOUTH CENTRAL KANSAS EDUCATION SERVICE CENTER
### TO DEBTOR'S MOTION AND NOTICE SEEKING AUTHORITY FOR THE SALE OF
### REAL PROPERTY ASSETS FREE AND CLEAR OF LIENS AND ENCUMBRANCES
### OF RECORD - SALE #1

This matter comes before the Court on the Debtor's Motion and Notice Seeking Authority for the Sale of Real Property Assets Free and Clear of Liens and Encumbrances of Record - Sale #1 and the objection of the South Central Kansas Education Service Center thereto. The debtor appears by and through its counsel of record, Redmond & Nazar, L.L.P. South Central Kansas Education Service Center appears by and through its counsel of record, Linda S. Parks of Hite, Fanning &

In the United States Bankruptcy Court for the District of Kansas
IN RE: Rainbows United, Inc.
Bankruptcy Case No. 09-12457-11
Journal Entry and Order Withdrawing the Objection of with South Central Kansas Education Service Center to Debtor's Motion and Notice Seeking Authority for the Sale of Real Property Assets Free and Clear of Liens and Encumbrances of Record - Sale #1
Page 2

Honeyman, L.L.P. There are no other appearances.

WHEREUPON THE COURT FINDS upon reviewing the file, pleadings and hearing statements of counsel, that the matter has been resolved and objection of South Central Kansas Education Service Center is hereby withdrawn.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the objection of South Central Kansas Education Service Center is withdrawn and the sale of real property assets, Sale #1, is approved, free and clear of liens and encumbrances of record.

IT IS SO ORDERED.

# # #

APPROVED BY:

REDMOND & NAZAR, L.L.P.


 /s/Edward J. Nazar
Edward J. Nazar, #09845
Attorney for Debtor
245 North Waco, Suite 402
Wichita, KS 67202-1117
316-262-8361 / 316-263-0610 fax
ebn1@redmondnazar.com

In the United States Bankruptcy Court for the District of Kansas
IN RE: Rainbows United, Inc.
Bankruptcy Case No. 09-12457-11
Journal Entry and Order Withdrawing the Objection of with South Central Kansas Education Service Center to Debtor's Motion and Notice Seeking Authority for the Sale of Real Property Assets Free and Clear of Liens and Encumbrances of Record - Sale #1
Page 3

HITE, FANNING & HONEYMAN, L.L.P.


/s/Linda S. Parks
Linda S. Parks, #11648
Attorney for South Central Kansas
Education Service Center
100 North Broadway, Suite 950
Wichita, KS 67202
316-265-7741 / 316-267-7803 fax
parks@hitefanning.com