REDMOND & NAZAR, L.L.P.
245 North Waco, Suite 402
Wichita, Kansas 67202-1117
316-262-8361

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| RE: | ) | |
| | ) | |
| RAINBOWS UNITED, INC. | ) | Case No. 09-12457 |
| | ) | Chapter 11 |
| Debtor | ) | |

**MOTION FOR FINAL DECREE IN A CHAPTER 11 REORGANIZATION CASE
UNDER BANKRUPTCY RULE 3022 AND
MOTION FOR ALLOWANCE OF FINAL ATTORNEY FEES AND EXPENSES**

COMES NOW the reorganized Debtor and hereby moves the Court for an Order of Final Decree in the above pending Chapter 11 bankruptcy case.

In support thereof, the Debtor asserts:

1. The bankruptcy action was filed on July 30, 2009. The Debtor's Plan of Reorganization were confirmed on March 29, 2010.

2. Subsequent to the order of confirmation on March 29, 2010, the Debtor commenced payments under the Plan. The Plan is consummated as that term is defined under the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure.

3. The payment of monthly fees and expenses upon the interim basis was approved by the Court on or about September 30, 2009.

4. Included in this Motion for Final Decree is the Motion for Allowance of Final Fees to be paid to Redmond & Nazar, L.L.P.

5. From November 1, 2009 through May 31, 2010, R&N has incurred fees and expenses of $26,890.52.

In the United States Bankruptcy Court for the District of Kansas
IN RE:  Rainbows United, Inc.
        Bankruptcy Case No. 09-12457-11
        Motion for Final Decree in a Chapter 11 Reorganization Case Under Bankruptcy Rule 3022 and Motion for Allowance of Final Attorney Fees and Expenses
Page 2

6. Pursuant to the Order Approving Procedures for Interim Compensation previously approved by the Court, R&N has been paid interim fees and 100% of expense reimbursements for fees and expenses incurred through May 31, 2010 as set forth below:

|  | **Fees (80%)** | **Expenses (100%)** |
|---|---|---|
| 11/30/09 | $2,206.80 | $603.63 |
| 12/31/09 | $3,058.00 | $670.34 |
| 01/31/10 | $3,729.00 | $678.39 |
| 02/28/10 | $1,771.00 | $2,561.43 |
| 03/31/10 | $5,054.00 | $419.40 |
| 04/30/10 | $759.00 | $0.00 |
| 05/31/10 | $836.00 | $190.08 |
| **Total** | $17,413.80 | $5,123.27 |

7. R&N requests allowance and payment of 100% of all fees incurred and 100% expenses for November 1, 2009 through May 31, 2010. The requested relief includes the approval, ratification and payment of all fees and expenses incurred November 1, 2009 through May 31, 2010 as set forth below:

|  | **Fees (100%)** | **Expenses (100%)** |
|---|---|---|
| 11/30/09 | $2,758.50 | $603.63 |
| 12/31/09 | $3,822.50 | $670.34 |
| 01/31/10 | $4,661.25 | $678.39 |
| 02/28/10 | $2,213.75 | $2,561.43 |
| 03/31/10 | $6,317.50 | $419.40 |

In the United States Bankruptcy Court for the District of Kansas
IN RE: Rainbows United, Inc.
Bankruptcy Case No. 09-12457-11
Motion for Final Decree in a Chapter 11 Reorganization Case Under Bankruptcy Rule 3022 and Motion for Allowance of Final Attorney Fees and Expenses
Page 3

| | | |
|---|---:|---:|
| 04/30/10 | $948.75 | $0.00 |
| 05/31/10 | $1,045.00 | $190.08 |
| **Total** | **$21,767.25** | **$5,123.27** |

8. The Debtor requests the Court issue an order approving and ratifying the payment of a sum equal to all fees and expenses $26,890.52 incurred from November 1, 2009 through May 31, 2010 to R&N and estimated fees and expenses of $600.00 from May 31, 2010 until closing of the case.

9. Prior to this motion, R&N has been awarded fees and expenses as follows:

| DATE | FEES | EXPENSES |
|---|---:|---:|
| 7/31/09 | $9,600.50 | $41.59 |
| 8/31/09 | $16,539.25 | $2,675.44 |
| 9/30/09 | $6,612.50 | $635.81 |
| 10/31/09 | $4,546.25 | $922.35 |
| **Total** | **$37,298.50** | **$4,275.19** |

10. Copies of the itemization of the fees and expenses are available from the Debtor's counsel or Clerk of the U.S. Bankruptcy Court or the Office of the U.S. Trustee.

11. With the exception of the Motion for Final Decree and motion to approve and ratify the final fee application and order, all motions, contested matters and adversary proceedings have been resolved.

12. All fees due under 28 U.S.C. §1930 have been paid, with the exception of the fees to R&N requested herein.

WHEREFORE the Debtor prays that the Court issue appropriate orders approving the final

In the United States Bankruptcy Court for the District of Kansas
IN RE: Rainbows United, Inc.
Bankruptcy Case No. 09-12457-11
Motion for Final Decree in a Chapter 11 Reorganization Case Under Bankruptcy Rule 3022 and Motion for Allowance of Final Attorney Fees and Expenses
Page 4

attorneys fees, expenses and advances in the sum of $26,890.52, and for an order issuing a Final

Decree in this case.

RESPECTFULLY SUBMITTED:

REDMOND & NAZAR, L.L.P.

 /s/Edward J. Nazar
Edward J. Nazar, #09845
Attorney for Debtor
245 North Waco, Suite 402
Wichita, KS 67202-1117
316-262-8361 / 316-263-0610 fax
ebn1@redmondnazar.com